IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LAQUAN PARKER,            :
       Plaintiff,            :     4:08-cv-1906
                             :
       v.                    :     Hon. John E. Jones III
                             :
GRETCHEN MILLS, *et al.,* :
       Defendants.           :

## **ORDER**

**November 15, 2010**

A telephonic discovery conference shall be conducted on Tuesday, November 16, 2010 at 2:00 p.m. Counsel for the Defendants shall initiate the call to Chambers, (570) 601-1497, with all counsel on the line and prepared to proceed.

                                           s/ John E. Jones III
                                           John E. Jones III
                                           United States District Judge