IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Case name | Docket Number |
|---|---|
| Parker v. Mills | 08cv1906 |
| Reish v. PSU | 09cv1273 |
| Rangnani v. M&G | 09cv1877 |
| Hydock-Horos v. Carbon | 09cv2217 |
| Leese v. Adelphoi | 10cv813 |
| Shearer v. Hughesville | 10cv1204 |
| Shiva v. Alfa | 10cv1272 |
| Waters v. PNC | 10cv1403 |
| Donaldson v. Norfolk | 10cv1556 |
| Releford v. PSU | 10cv1621 |
| Piontek v. First Keystone | 10cv1732 |

ORDER
December 13, 2010

  Counsel are hereby notified this Court's 2011 and 2012 court calenders have been revised. Accordingly, the case management deadlines in your case have been altered in accordance with our revised calendar, utilizing the discovery deadline as the primary date to configure the new term of court. The deadlines you have established for expert reports, joinder and amendment dates shall remain the same, and it is hereby ORDERED that the following new dates shall apply:

| | |
|---|---|
| 4/29/11 | Discovery cutoff. |
| 6/1/11 | Dispositive motion cutoff. |
| 9/1/11 | Pretrial conference- time to be determined. |
| 10/4/11 | Jury selection to commence at 9:30 a.m. |

        s/ John E. Jones III
        John E. Jones III
        United States District Judge