I, _Don EDWARDS_____, have received a copy of "**WORK**
           Print Name

## RELATED INJURY LEAVE (WRIL) PROGRAM POLICY &

## PROCEDURES."

_Don Edwards_____          8-14-00
Employee's signature                     Date

Cade000863

## ACKNOWLEDGMENT OF RECEIPT OF
## BUREAU OF STATE CHILDREN AND YOUTH PROGRAM
## CONTRABAND SEARCH POLICY

I acknowledge that I have received and reviewed copies of the Bureau of State Children and Youth Program policy on search policy.

_____DON  G. EDWARDS_____
NAME (PRINT)

_____Don Edw_____
SIGNATURE

_____12-26-00_____
DATE

_____D.P.W  North Central Secure Treatment Unit._____
AGENCY

**Note:** This form is to be maintained in my Official Personnel Folder (STD-301) by the agency Personnel Office.

## ACKNOWLEDGMENT OF RECEIPT OF
## THE COMMONWEALTH OF PENNSYLVANIA'S
## SEXUAL HARASSMENT POLICY

I acknowledge that I have received and reviewed copies of the Commonwealth of Pennsylvania's policy on sexual harassment, which is set forth in *Executive Order 1999-3, Prohibition of Sexual Harassment in the Commonwealth*, and *Management Directive 505.30, Prohibition of Sexual Harassment in Commonwealth Work Settings.*

NAME (PRINT): DON G. EDWARDS

SIGNATURE: Don G. Edw

DATE: 7-17-06

AGENCY: H.C.S.T.U.

**Note:** This form is to be maintained in my Official Personnel Folder (STD-301) by the agency Personnel Office.

Enclosure   1   to   Management   Directive

505.30

Page 1 of 1

Cade000865

I have received a copy of the Department of Public Welfare Code of Conduct regulations.

1. Personnel Rule 13.1 and 13.2

2. DPW, Personnel Manual Section 7177.2

3. DPW, Personnel Manual Section 7170.1

Don G. Edwards
Print name

Don Edwards
Signature

3-25-00
Date

## MEDICAL SERVICE DOCUMENTATION / STATUS REPORT

☐School District of Philadelphia  ☐City of Philadelphia  ☐Commonweal  ☐Other
Location _____  Department _____  Agency _____  Employer _____

DATE _____  DATE OF INJURY _____

PATIENT NAME _____  SS# _____

**TO BE COMPLETED BY EXAMINING PHYSICIAN**

DIAGNOSIS  Sprain (L) ankle

RETURN TO WORK DATE  3/29/00

1. Recommended patient return to work with no limitations on _____
2. The patient may return to work capable of performing the degree of work with the following limitations.
3. These restrictions are in effect until 4/1/00 or until reevaluation on _____
          M/D/Y                 M/D/Y
4. The patient is totally incapacitated at this time.
5. Patient may return to full-time work, 8-12 hours per day.
   Patient may return to part-time work, _____ hours per day.

| LIMITATIONS | | | | |
|---|---|---|---|---|
| In an 8-hour day examinee may: | None | 1-3 | 3-6 | 6-8 |
| 1. Sitting | ☐ | ☐ | ☐ | ☐ |
| 2. Standing | ☐ | ☐ | ☐ | ☒ |
| 3. Walking | ☐ | ☐ | ☐ | ☒ |
| 4. Climbing | ☐ | ☐ | ☒ | ☐ |
| 5. Lifting | ☐ | ☐ | ☐ | ☐ |
| 6. Kneeling | ☐ | ☐ | ☐ | ☐ |
| 7. Crawling | ☐ | ☐ | ☐ | ☐ |
| 8. Squatting/Crouching | ☐ | ☐ | ☐ | ☐ |
| 9. Bending (At Waist) | ☐ | ☐ | ☐ | ☐ |
| 10. Twisting/Rotating | ☐ | ☐ | ☐ | ☐ |
| 11. Driving | ☐ | ☐ | ☐ | ☐ |

| UPPER EXTREMITY/HAND | | (RIGHT) (LEFT) | | |
|---|---|---|---|---|
| In an 8-hour day examinee may use upper (R) (L) extremity for | None | 1-3 | 3-6 | 6-8 |
| 1. Repetitive Motion | ☐ | ☐ | ☐ | ☐ |
| 2. Fine Manipulation | ☐ | ☐ | ☐ | ☐ |
| 3. Fingering | ☐ | ☐ | ☐ | ☐ |
| 4. Simple Grasp | ☐ | ☐ | ☐ | ☐ |
| 5. Firm Grasp | ☐ | ☐ | ☐ | ☐ |
| 6. Push/Pull Seated | ☐ | ☐ | ☐ | ☐ |
| 7. Push/Pull Standing | ☐ | ☐ | ☐ | ☐ |
| 8. Reach above shoulder | ☐ | ☐ | ☐ | ☐ |

| Lift (Pounds) | | Carry (Pounds) | |
|---|---|---|---|
| 0→ 10 | ☐ | 0→ 10 | ☐ |
| 11→ 25 | ☐ | 11→ 25 | ☐ |
| 26→ 50 | ☐ | 26→ 50 | ☐ |
| 51→100 | ☐ | 51→100 | ☐ |
| 101→ | ☐ | 101→ | ☐ |

| FOOT/LEG  (RIGHT) (LEFT) | | | | |
|---|---|---|---|---|
| In an 8-hour day examinee may use lower (R) (L) extremity for: | None | 1-3 | 3-6 | 6-8 |
| 1. Foot controls | ☐ | ☐ | ☐ | ☐ |
| 2. Repetitive | ☐ | ☐ | ☐ | ☐ |
| 3. Balance | ☐ | ☒ | ☐ | ☐ |

| ENVIRONMENTAL CONDITIONS | | | | |
|---|---|---|---|---|
| In an 8-hour day examinee may be exposed to: | None | 1-3 | 3-6 | 6-8 |
| 1. Unprotected Heights | ☐ | ☐ | ☐ | ☐ |
| 2. Moving Machines | ☐ | ☐ | ☐ | ☐ |
| 3. Dust/fumes/gases | ☐ | ☐ | ☐ | ☐ |
| 4. Changes in Temperature/humidity | ☐ | ☐ | ☐ | ☐ |

Date/Exam/Office Visit  3/29/00     Next Appointment Date _____

Mechanism of Injury: Inversion (L) ankle

Chief Complaint: Swelling lat. (L) ankle

Past/Interim History: While walking @ work - inverted (L) ankle

BP: _____  HR: _____  RR: _____

Objective Examination Findings
  -Positive Echymosis, effusion
  -Pertinent Negative

Physician's Signature  C Fidelman PA-C    Physician's Phone Number: 271-6784

(AT INITIAL VISIT **AND** WHEN RELEASED TO WORK, PATIENT MUST RETURN TO WORK PLACE WITH THIS FORM COMPLETED!)
ALSO FAX TO APPROPRIATE OFFICE.

| | | | |
|---|---|---|---|
| ☐Commonwealth of Pennsylvania | FAX | Pittsburgh | 1-888-566-4530 |
| | | Harrisburg | 1-800-929-0534 |
| | | Philadelphia | 1-888-636-7725 |
| ☐City of Philadelphia | FAX | Philadelphia | 1-800-561-8589 |
| ☐School District of Philadelphia | FAX | Philadelphia | 1-215-587-1775 |
| ☐All Other Accounts | FAX | New Business | 1-215-587-1295 |

Cade000867



**CareWorks** ®
*Occupational Medicine*

X DON EDWARDS

X ████ -7356

# DISCHARGE FORM

Penn State Geisinger Health System

Company: _North Central Secure unit_    Company Telephone: X (570) 275-7007

Supervisor: X Mr. Ross

**Chief Complaint:** _____    Occupation: _____

**Date of Injury:** ∠ 3-28-00    **Date of Service:** 3/29/00

**Type of Visit:** ☒ Initial ☐ Follow Up ☐ Non-inj    **Time In:** 3:00    **Time Out:** _____

**Diagnosis:** Sprain (L) ankle

**Discharge Instructions:** The following written discharge instructions have been discussed and given to the patient.

(1) ankle brace @ work only x
    3 days
(2) Ibuprofen
(3) ice daily    "Return if symptoms worsen"

**Work Status:** ☐ May return to work without restrictions on _____
☐ Unable to work.
☐ May return to work with the following restrictions from _____ to _____.
  ☐ No use of left/right _____    ☐ No lifting.
  ☒ Limited use of left/right 1 PT    ☐ Weight limit _____ lbs.
  ☐ Limited standing/walking.    ☐ Sitting work only.
  ☐ Limited bending/twisting.    ☐ **NO DRIVING.**
  ☐ Other _____

Please call the following clinic if you have questions or problems:
☒ Discharge
☐ Follow Up    ☐ CareWorks    ☐ Physician    | ☒ Danville | 570 271-6789 |
                ☐ Physical Therapy ☐ Other    | ☐ Harrisburg | 717 561-0700 |
                                              | ☐ Hummelstown | 717 566-3771 |
        Date: _____                          | ☐ Mechanicsburg | 717 691-9560 |
        Time: _____                          | ☐ Middletown | 717 948-5180 |
        Location: _____                      | ☐ Wilkes-Barre | 570 826-7385 |
                                              | ☐ Lake Scranton | 570 342-8500 |

An Occupational Medicine Discharge Form has been provided to me. I have read and understand the discharge instructions. I have been instructed to contact my supervisor today and provide them with a copy of this form. I authorize CareWorks to provide complete medical information to my employer and insurance carrier.

Patient Signature: X Don Edwards    Date: ∠ 3-29-00

_____    _____
Signature of Health Care Provider    Print Name of Health Care Provider

#K-370-023-F Rev. 1/99js    **Cade000868**

Fax: 1-888-566-4530

**MMONWEALTH OF PENNSYLVANIA**
**CompServices, Inc.**
**P.O. Box 535370**
**Pittsburgh, PA 15253-5370**

Telephone: 1-888-871-3606

Date of Report

| 3/28/00 |

**Workers' Compensation Claim Report**

Form #: JPA-797

## Employe Information:

Employe Name

| Last | First | M.I. | Social Security Number |
|------|-------|------|------------------------|
| EDWARDS | DON | G | 7356 |

Employe Home Address

| Street or P.O. Box | City | State | Zip | 4 Digit |
|--------------------|------|-------|-----|---------|
| 6 C Street | Danville | PA | 17821 | |

| | Male | Female | Married | | No. Children | If Employe is Under Age 18 | |
|---|------|--------|---------|---|--------------|-----------------------------|---|
| | | | Yes | No | Under 18 Years | Certificate Number | Occupation for Which Issued |
| | X | | X | | 5 | | |

Residence County

| County Code | County Name | | Home Telephone Number |
|-------------|-------------|---|----------------------|
| 47 | Montour | Area Code | 570  275-2607 |

## Employer Information:

| Dept. Code | Department Name | | Employe Number |
|------------|-----------------|---|----------------|
| Three Digit Number | | | 6 Digit Number |
| 0 2 1 | DEPARTMENT OF PUBLIC WELFARE | | 4 9 7 7 7 0 |

| Organization Code | Organization Name | Work Unit |
|-------------------|-------------------|-----------|
| Four Digit Number | | |
| 0 8 8 1 | NORTH CENTRAL SECURE TREATMENT UNIT | JACKSON BLDG |

Work Location Address

| Street or P.O. Box | City | State | Zip | 4 Digit |
|--------------------|------|-------|-----|---------|
| 210 CLINIC ROAD | DANVILLE | PA | 17821 | |

| Name of Supervisor | Work Telephone Number | Fax Telephone Number |
|--------------------|----------------------|---------------------|
| | Area Code | Area Code |
| Kenneth Ross | 570  271-4710 | 570  271-4750 |

| County of Work Location | | Barg. Unit | Special Employe Benefits (Check one) |
|-------------------------|---|------------|--------------------------------------|
| County Code | County Name | | WROL/IL   Heart & Lung   Act 632/534   Other—Specify |
| 47 | MONTOUR | N  1 | X |

| Date of Hire | Job Classification | | Biweekly Salary at Injury |
|--------------|--------------------|---|---------------------------|
| MM DD YY | 5 Digit Class Code | Class Name | Or Hourly Wage if Not Salaried |
| 5 3 99 | 4 1 7 9 0 | YOUTH DEVELOPMENT AIDE | |

## Injury Date Information:

| Date and Time of Injury | | Date of Death if Apply | Date Employer Knew of Injury | Shift Start Time |
|-------------------------|---|------------------------|------------------------------|------------------|
| MM DD YY | 24 Hour Military Time | MM DD YY | MM DD YY | 24 Hour Military Time |
| 3 28 00 | 0500 | | | 2300 |

| Last Full Day Paid | Date Disability Began | Date Returned to Work | At Same Wages? |
|--------------------|-----------------------|-----------------------|----------------|
| MM DD YY | MM DD YY | MM DD YY | Yes No |
| 3 28 00 | | | X |

| Type of Claim | | | Indemnity | Indemnity | | Is this a Recurrence?  If yes, date of original injury. |
|---------------|---|---|-----------|-----------|---|---------------------------------------------------------|
| Incident Only | Medical Only | | Under 7 days | 7 Days or Over | Death | Yes No  MM DD YY |
| X | | | | | | X |

Cade000869

| | | |
|---|---|---|
| A. | ☐ | RS/CL/PT ATTACK |
| B. | ☐ | RS/CL/PT RELATED (HANDLING) |
| C. | ☐ | NOT RS/CL/PT RELATED |

## SUPERVISOR'S REPORT

This is my report that on _3/28/2000_, _Dan Edwards_ reported
an injury that occurred on _3/28/2000_ at the location of _Jackson
Laurin house_

I did visit the injury site? _X_    I did not visit the injury site? _____

1. My findings at the injury site were: _Conclusion w/ Mr Edwards report_

2. The employe's assignment at the time of injury was: _Reg. duties_

3. Employe stated that the injury occurred when: _Slifed_

4. Employe statement is attached? YES _X_ NO _____ If no, explain:

5. Witnesses who observed the injury were: _None (works alone_

   Witness statements are attached? YES _____ NO _X_ If no, explain:

6. Other employes involved? YES _____ NO _X_ If yes, explain:

7. A patient/resident/student/client/applicant was involved? YES _____ NO _X_

   If yes, provide details of exactly how he/she acted to cause injury.

8. The injury was due to an unsafe act? YES _____ NO _X_ If yes, explain:

9. The injury was due to unsafe equipment? YES _____ NO _X_ If yes, explain:

CORRECTIVE ACTION _Be more Careful_

RECOMMENDATIONS

My findings were that (i.e., it was preventable, it was an unsafe act, etc.)

If in your opinion you feel this injury should not be compensable, provide the
reason to support the non-compensable injury.

_____          _3/28/00_
        Signature                        Date

**SPECIAL INCIDENT REPORT**

<u>All</u> <u>I</u>ncidents <u>M</u>ust <u>B</u>e <u>R</u>ecorded <u>B</u>efore <u>G</u>oing <u>Off</u> <u>D</u>uty

| Date of Incident |
|---|
| 3-23-00 |

**Names and Living Units of Persons Involved**

DON EDWARDS / CRP Jackson House

**Type of Incident**

| Accident | Bizarre Behavior | Destruction | Fight | Runaway | (Other) |
|---|---|---|---|---|---|

**Place of Incident (Room, Building, Outside Area)**

Dining Room area CRP House

**Time:** 5:00 Am

**Description of What Happened, Including Staff Action and Decisions**

While on routine house check this writer twisted his right ankle causing severe pain and swelling. This writer Immediately notified Jackson building explaining this incident to staff mem . This incident took place upon entering staff office CRP housing unit. This writer feels at this time that he is able to continue his Duty without threatening the safety or security of our Residents.

This writer placed a Ice pack directly on right ankle to help the swelling go down, and took two Ibuprofen for pain.

Don Edward
(Signature)

4 DA
(Title)

**Comments of Report Reviewer**

WA: An Accident report needs to be done ASAP.

_____
(Signature)

_____
(Title)

Cade000871

## EMPLOYEE STATEMENT

I am reporting that on _3-28-00_ at _5 AM_, I was injured during the
<small>DATE</small>            <small>TIME</small>

course of employment at _CRP Jackson_. or if off work site, explain
<small>LOCATION</small>

I reported the injury to my supervisor on _3-28-00_ at _5 AM_.
<small>DATE</small>            <small>TIME</small>

**1. My assignment at the time of injury was**

Rounds check

**2. The injury occured when**

Upon Entering office of CRP to make my 1/2 call to Jackson Building

**3. The nature of my injury was**

Twisted Right ankle

**4. The injury was a result of an unsafe act ▢ or unsafe equipment ☑ Explain**

N/A was not a result of an unsafe act or unsafe equipment. Upon Entering CRP office this
writer lost his footage which resulted in twisting my Right ankle.

**5. Was another employee involved? Yes ▢ No ☑ If yes, explain**

**6. Was a patient/individual/student/client/applicant involved? Yes ▢ No ☑ If yes, provide details of exactly how
he/she acted to cause the injury.**

**7. A. Were there employees who witnesses the injury? Yes ▢ No ☑ If yes, list names**

**B. Were there patients/individuals/students/clients/applicants who witnessed the injury? Yes ▢ No ☑ If yes list names**

**8. Please check one ☑ a. I require medical treatment at this time. ▢ b. I do not require medical treatment at this time.**

Den Edu
<small>SIGNATURE</small>

Y DA
<small>CLASSIFICATION</small>

3-29-00
<small>DATE</small>

7356
<small>SOCIAL SECURITY NUMBER</small>

03801A                                    PW 1534 - 7/92

Cade000872

# EMPLOYE PERFORMANCE REVIEW

363L (Rev. 6/98)

021 0881

| GENERAL INFORMATION | TYPE REPORT | ☐ PROBATIONARY (CS/NCS union covered) | ☐ INTERIM | ☒ ANNUAL |
| --- | --- | --- | --- | --- |
| | | ☐ PROBATIONARY (CS non-union) | | |

EMPLOYE NAME
EDWARDS, DON

AGENCY
021 PUBLIC WELFARE

EMPLOYE NUMBER
497770

CLASS TITLE
YOUTH DEVELOPMENT AIDE

☐ SUPERVISOR
☒ NON-SUPERVISOR

STATUS
☒ CIVIL SERVICE ☐ NCS ☐ SMS

ORGANIZATION
0881 LOYSVILLE COMPLEX

RATING PERIOD
FROM _10/29/99_ TO _5/29/00_

## GENERAL INSTRUCTIONS

Verify/Complete General Information. Indicate whether employe is a supervisor or non-supervisor.

Review the employe's job description for the rating cycle. Review/discuss job standards (expectations/objectives/duties), to ensure appraisal relates to the specific responsibilities, job assignments and standards which have been conveyed to the employe for the rating cycle. Update the job description and essential job functions for the next rating cycle.

Indicate when you conveyed job standards to the employe and when progress review(s) was conducted.

Base the appraisal on the employe's performance during the entire review period, not isolated incidents or performance prior to current review period.

The comments sections should be used to: support performance ratings, indicate problem areas and provide guidance to employes on how to improve performance. Comments MUST be provided for outstanding, needs improvement and unsatisfactory rating, but are highly recommended for all other ratings. (ATTACH ADDITIONAL 8 1/2 X 11 PAPER IF NEEDED.)

## PERFORMANCE RATING DEFINITIONS

**Outstanding:** Results are achieved on a consistent basis and significantly surpass job standards.

**Commendable:** The employe clearly exceeds job standards on a regular basis and demonstrates a high degree of initiative and quality of work.

**Satisfactory:** The employe meets the standards of the employe's job in a fully adequate manner.

**Needs Improvement:** The employe meets many of the standards of the employe's job in a satisfactory manner. Improvement is expected.

**Unsatisfactory:** Excessive performance deficiencies exist and must be corrected.

## COMMUNICATION OF PERFORMANCE STANDARDS

1. Performance standards (objectives, duties, expectations, etc.) for this rating period were conveyed to employe on ___10/29/99___
   date(s)

2. Progress Review(s) was conducted on ___2/28/00___ (at least one during rating cycle)
   date(s)

Cade000873

EMPLOYE NAME:    EDWARDS, DON                          EMPLOYE  UMBER:  497770    021 0861

## JOB FACTORS

### 1. JOB KNOWLEDGE/SKILLS
This factor measures the employe's demonstrated knowledge of relevant job information such as: work practices, procedures, resources, policies, and technical information as well as the relationship of work to the organization's mission. Possession of essential skills required to perform the job also are measured.

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] |
| Demonstrates superior job knowledge and skills. Consistently provides and applies accurate and appropriate job information/resources. Applies new techniques. | Has thorough knowledge of the job and related resources. Strives to expand knowledge. Frequently recommends changes in procedures and methods as needs dictate. | Has adequate knowledge and skills to completely perform all job responsibilities. Handles inquiries properly. Has some knowledge of related work. | Possesses basic job knowledge but requires some improvement with regard to the technical aspects of the job and/or understanding of resources, policies and procedures. | Demonstrates a lack of basic job knowledge and or skills to perform job as detailed in comments. |

Comments:    You understand the purpose, objective, and practices of the agency.  You continue to develop the required skills to assist the agency in meeting our Mission Statement.  You are supportive of the organization's mission.

### 2. WORK RESULTS
This factor measures the employe's demonstrated ability to meet established expectations of quality and quantity within established time frames.

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] |
| Work consistently exceeds the expected quality, quantity and timeliness requirements. | Work frequently exceeds the expected quality, quantity and timeliness requirements. | Work meets the expected quality, quantity and timeliness requirements. | Occasionally has difficulty meeting the expected quality, quantity and/or timeliness requirements. | Consistently fails to meet expected quality, quantity and/or timeliness requirements. |

Comments:    You are dependable, reliable, and consistent.  Your efforts to facilitate the Recycling Program are acknowledged.  Your work results meet established expectations by quality and quantity within the established time frame.

### 3. COMMUNICATIONS
This factor measures the employe's demonstrated ability to exchange information with others clearly and concisely, to provide information to others on a timely basis within and outside the organization, and to listen, organize, and present thoughts logically and in a clear, concise manner, both orally and in writing.

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] |
| Particularly adept at organizing and presenting facts and ideas. Exceptionally skilled in soliciting and clarifying information to ensure understanding. Promotes easy exchange of information. Writes and speaks clearly, concisely and is articulate. | Initiates and encourages timely and effective exchange of information. Proficient in organizing and presenting facts and ideas orally and in writing. Seeks and provides appropriate feedback. | Effectively exchanges relevant information. Speaks and writes clearly. Keeps others informed as needed. Listens with understanding. | Occasionally lacks clarity of expression orally or in writing. Inconsistent in keeping others informed and at times fails to listen effectively. | Frequently is difficult to understand. Is vague orally or in writing. Often does not keep others informed. Is an ineffective listener and/or frequently interrupts. |

Comments:    You effectively communicate verbally and in written format.  You possess good listening skills.  You utilize the log, keeping others updated on group dynamics.  You are an active participant in meetings.

### 4. INITIATIVE/PROBLEM SOLVING
This factor measures the employe's demonstrated ability to perform work without specific instruction beyond that normally provided by a supervisor and within established limits of responsibility and authority. It also assesses the employs's ability to determine what needs to be done within available resources and to pursue appropriate means of accomplishing tasks.

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] |
| Regularly takes the initiative to identify and resolve work unit/agency problems. Perceives full dimension of problems and limitations. Develops corrective solutions and follows through to conclusion. Requires minimal supervision. | Frequently assumes responsibility for identifying solutions and methods to resolve concerns. Adept at defining and analyzing complex problems and solutions. Requires moderate supervision. | Recognizes problems and suggests and/or assists in developing solutions. Carries through solution implementation. Requires normal supervision. | Resolves routine problems. Exhibits little initiative in identifying problems or solutions. Needs to improve ability to recognize potential problems and evaluate solutions and their impact. Requires more than normal supervision. | Fails to recognize or seek help in resolving routine problems. Requires frequent reminders of what needs to be done. |

Comments:    You follow up with problems you discover.  You go about getting done what needs done during shift.  You complete assigned tasks with minimal supervision.

Cade000874

EMPLOYE NAME:                                                    EMPLOYE NUMBER:     021 0881

| JOB FACTORS |
|---|

## 5. INTERPERSONAL RELATIONS/EQUAL EMPLOYMENT OPPORTUNITY (EEO)

This factor measures the employe's demonstrated ability to develop and maintain positive and constructive internal/external relationships. Consideration should be given to the employe's demonstrated willingness to function as a team player, give and receive constructive criticism, resolve conflicts, recognize needs and sensitivities of others and treat others in a fair and equitable manner. Supervisors also are to be assessed on their demonstrated commitment to Equal Employment Opportunity.

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] |
| Consistently promotes and maintains harmonious work environment. Exhibits understanding of needs of others that is reflected in attitude in dealing with them. Is respected and trusted. Actively promotes/adheres to EEO program activities/requirements. | Maintains cooperative and positive work relationships. Handles conflict constructively. Promotes team work and cooperation, and fair and equitable treatment of others. Promotes/adheres to EEO program activities and requirements. | Interacts in a cooperative, positive manner. Avoids disruptive behavior. Deals appropriately with anger, frustration, conflict etc. Treats others fairly and equitably. Adheres to EEO policy/administrative requirements. | Usually gets along with others. Allows personal bias to affect job relationships. Requires occasional reminders regarding needs and sensitivities of others. Does not consistently adhere to EEO policy/administrative requirements. | Interpersonal relationships are counter productive to work unit functions as described in comments. Generally ignores EEO policy/administrative requirements. |

Comments:          You treat others fairly and equitably.  You have established relationships with your peers.  You adhere to the N.C.S.T.U. team approach.

## 6. WORK HABITS

This factor measures the employe's demonstrated ability to utilize proper conduct, speech and ethical behavior in the work environment. Compliance with Commonwealth/agency/work unit policies and procedures such as attendance, punctuality, safety, security, housekeeping and other norms are assessed, as well as proper care and maintenance of assigned equipment.

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] |
| Work is planned/organized to cover all phases of job assignments. Work meets/exceeds deadlines and future steps are anticipated. Equipment and supplies are cared for wisely and in accord with procedure. Employe serves as role model for other employes with regard to work rules. | Work is planned/organized to accomplish job assignments effectively and in a timely manner including those of unusual nature. Scheduled meetings/deadlines are met with few exceptions. Personal care is taken in use of equipment, with minimal waste. Employe adheres to organizational rules and procedures. | Work is planned to meet routine volume and timeliness. Employe adheres to organizational work rules and procedures with rare exceptions. Appropriate care is taken in use of equipment. | Organization and planning of work is infrequently demonstrated. Work often requires revisions resulting in decreased productivity or missed deadlines. Employe needs improvement in complying with rules, regulations and/or care of equipment. | Employe regularly fails to meet expected work results due to lack of effective organization, use of equipment or adherence to established rules/regulations. |

Comments:          Your attendance is good.  You show up for work on time and are prepared for the treatment activities.  Your assigned tasks are completed with care and in a timely fashion. You adhere to the agency's work rules and procedures.

## 7. SUPERVISION/MANAGEMENT

(Required for all supervisors/managers)  This factor measures the supervisor's demonstrated ability to assign work responsibility and authority to subordinates, establish monitoring activities and systems to ensure work progresses to completion, ensure compliance with established procedures/regulations, and take corrective action when necessary. It also assesses the supervisor's adherence to or completion of personnel/administrative requirements, i.e. timely performance evaluations, appropriate discipline, management of overtime, leave etc.

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |
| Manages/supervises employes and work activities to consistently achieve a smooth/timely work flow, high level of quality and quantity. Continuously strives to improve operations, staff and instills team spirit. Consistently complies with personnel/administrative requirements. | Manages/supervises employes to achieve effective and timely work products. Delegates work effectively and appropriately to achieve maximum results. Provides adequate direction and training. Complies with personnel and administrative requirements. | Manages/supervises employes adequately to achieve satisfactory or normal work production and effectiveness. Meets personnel and administrative requirements. | Inconsistent effective supervision or management of staff. At times, fails to direct/train staff within existing means. Less than adequate quality and quantity of production. Inconsistent adherence to personnel and administrative requirements. | Ineffective supervision or management of staff. Fails to establish appropriate monitoring/control activities. Production is poor in quality and/or quantity. Often ignores personnel and administrative requirements. |

Comments:

Cade000875

EMPLOYE NAME:                                          EMPLOYE NUMBER            021 0881

## OVERALL RATING

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|:---:|:---:|:---:|:---:|:---:|
| ☐ | ☐ | ☒ | ☐ | ☐ |

**TRAINING AND DEVELOPMENT RECOMMENDATIONS:**

1. Complete all mandatory training in First Aid/CPR, Crisis Intervention/Suicide Prevention, S.P.M., and Medication Administration/HIV Education.

2. Attend any training offered to improve your skills to make you a more effective agent of change.

3. Learn all aspects of the treatment team, as they apply to you.

## COMMENTS AND SIGNATURES          (Attach additional 8 1/2 x 11 paper if necessary)

RATER COMMENTS:  (This section should comment on any aspect(s) of employe's performance not covered elsewhere and should explain overall rating).

So far, so good. Pay close attention to seasoned staff and how they carry themselves with the residents. It if works for them, it will work for you. Make their experience part of your "bag of tricks". Become extremely proficient at your duties as a Y.D.A. I am aware that you have expressed interest in a Developmental Y.D.C. opportunity. Keep pressing on and prepare yourself. Thanks for a good job and your commitment to our task.

RATER SIGNATURE: _(signature)_                          DATE  6/2/00

REVIEWER COMMENTS: _Dow, Keep up the good work. It's nice to have you on board._

REVIEWER SIGNATURE: _Will. Ayor_              DATE  6-2-00

**EMPLOYE COMMENTS:**

☑ I AGREE WITH THIS RATING          ☐ I DISAGREE WITH THIS RATING

☐ I WOULD LIKE TO DISCUSS THIS RATING WITH MY REVIEWING OFFICER

☐ DISCUSSION WITH MY REVIEWING OFFICER OCCURRED _____
                                                                    (DATE)

☐ I ACKNOWLEDGE THAT I HAVE READ THIS REPORT AND I HAVE BEEN GIVEN AN OPPORTUNITY TO DISCUSS IT WITH THE EVALUATOR; MY SIGNATURE DOES NOT NECESSARILY MEAN THAT I AGREE WITH THE REPORT.

COMMENTS:

_Don Edu_                                              6-2-00

EMPLOYE'S SIGNATURE:                        DATE

Cade000876

## THE COMMONWEALTH OF PENNSYLVANIA'S
## SOFTWARE CODE OF ETHICS

The purpose of this code of ethics is to state the Commonwealth of Pennsylvania's policy concerning software duplication.   All employees shall use software only in accordance with the license agreement.  Any duplication of licensed software except for backup and archival purposes is a violation of the law. Any unauthorized duplication of copyrighted computer software violates the law and is contrary to the Commonwealths of Pennsylvania's standards of conduct.

The following points are to be followed in order to comply with  software license agreements.

1.  We will use all software in accordance with the license agreements.

2.  Legitimate software will promptly be provided to all employees who need it.  No employee of the Commonwealth will make any unauthorized copies of any software under any circumstances. Anyone found copying software other than for backup purposes is subject to termination.

3.  We will not tolerate the use of any unauthorized copies of software in the Commonwealth of Pennsylvania.   Any person illegally reproducing software can be subject to civil and criminal penalties including fines and imprisonment.  We do not condone illegal copying of software under any circumstances and anyone who makes, uses, or otherwise acquires unauthorized software shall be appropriately disciplined.

4.  No employee shall give software to any outsiders.

5.  Any employee who determines that there may be a misuse of software within his or her agency shall notify the Department Manager or legal counsel.

6.  All software used by the Commonwealth of Pennsylvania on Commonwealth of Pennsylvania computers will be properly purchased through appropriate procedures.

I have read the Commonwealth of Pennsylvania's software code of ethics.  I am fully aware of our software policies and agree to abide by those policies.

I also agree I am not in violation of any of the above policies.

_Don Ed_ _____

Employee Signature

_Don_ ~~____~~ _Edwards_ _____

Print Name

_2-14-00_ _____

Date

_Don Ed_    _497770_    _L.Y.D.C. N.C.S.T.U_

Employee Number and Agency

Cade000877

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF PUBLIC WELFARE

# LOYSVILLE COMPLEX
# BUSINESS SERVICES

R.D. #2, Box 365B
LOYSVILLE, PA  17047-9754
Phone: (717) 789-3841

Fax: (717) 789-4834 Business Office        Fax: (717) 789-5588 Personnel Office        Fax: (717) 789-4302 Maintenance Office

SERVING THE NEEDS OF THE YOUTH AND STAFF AT:

| | | |
|---|---|---|
| Loysville Youth Development Center | Loysville Secure Treatment Unit | North Central Secure Treatment Unit |
| South East Secure Treatment Unit | Weaversville Intensive Treatment Unit | Allentown Secure Treatment Unit |
| Danville Girls Secure Treatment Unit | Youth Forestry Camp No. 3 | South Mountain Secure Treatment Unit |

February 28, 2000

CLASS TITLE: Youth Development Aide
SALARY:  Bi-Weekly  $949.60
          Annually  $24,766.00
EFFECTIVE DATE: March 4, 2000
SSN: ▮▮▮-7356

Don G. Edwards

Dear Mr. Edwards:

I am pleased to inform you that we are changing you from limited-term wage Youth Development Aide to a permanent Youth Development Aide, permanent Civil Service status, with the Department of Public Welfare. Your classification, salary, and effective date are shown above.

Your name will be removed from the list of eligibles for the job title to which you have been appointed and placed in the inactive files for all equal and lower level job titles.

The Youth Development Aide class to which you were appointed is in the N-1 bargaining unit for labor relations purposes.

May I take this opportunity to wish you continued success in your assignment at the North Central Secure Treatment Unit.

Sincerely,

*Virginia L. Fabbri*

Virginia L. Fabbri
Director of Personnel
for
Feather O. Houstoun
Secretary of Public Welfare

c: Mr. K. Pifer
   SCSC
   Personnel File

Cade000878

## LEAVE USAGE

STAFF: *Don Edwards*

YEAR: *99*

HOLIDAYS: _____

PERSONAL: _____

ANNUAL : _____

| ANNUAL | HOLIDAYS | PERSONAL |
|---|---|---|
| 1. 9-1 (3.5hrs) | 1. _____ | 1 _____ |
| 2. 9-13 | 2. _____ | 2. _____ |
| 3. _____ | 3. _____ | 3. _____ |
| 4. _____ | 4. _____ | 4. _____ |
| 5. _____ | 5. _____ | |
| 6. _____ | 6. _____ | **SICK LEAVE** |
| 7. _____ | 7. _____ | 1. _____ |
| 8. _____ | 8. _____ | 2. _____ |
| 9. _____ | 9. _____ | 3. _____ |
| 10. _____ | 10. _____ | 4. _____ |
| 11. _____ | 11. _____ | 5. _____ |
| 12. _____ | | 6. _____ |
| 13 _____ | | 7. _____ |
| 14. _____ | | 8. _____ |
| 15. _____ | | 9. _____ |

Notes:

088900PPO

C33

**Name** EDWARDS   DON   G

**Emp/Pos No** 497770/247785   **Timkpr** 4669   **Dp/Bur** 021-0881

| | ANNUAL | | SICK | | | | | |
|---|---|---|---|---|---|---|---|---|
| Accrual Usage | Balance | Accrual Usage | Balance | Code Hours | Code Hours | Code Hours | Code/Cntrl Total | |
| 2/6 | /0.812 | 4 | 20. | | | | | |
| 2/6 | 12.916 | 4 | 24 | | | | | |

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JULY | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 AUG | 1 | 2 | 3 | 4 | 5 | 6 |
| AUGUST | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 SEPT | 1 | 2 | 3 |
| SEPT | 4 | 5 | 6 H | 7 | 8 | 9 | 10 | 11 | 12 | 13 A 3,5 | 14 | 15 | 16 | 17 |
| OCTOBER | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 OCT | 1 |
| | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 H | 12 | 13 | 14 | 15 |
| NOVEMBER | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| | 30 | 31 NOV | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 H | 11 H | 12 |
| DECEMBER | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 H | 25 H | 26 H |
| | 27 | 28 | 29 | 30 | 31 DEC | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 H | 24 H |
| | 25 | 26 | 27 | 28 | 29 | 30 | 31 JAN H | 1 | 2 | 3 | 4 | 5 | 6 | 7 |

PERSONAL LEAVE USAGE _____   SICK FAMILY LEAVE USAGE _____   MILITARY LEAVE USAGE _____

COMMONWEALTH OF PENNSYLVANIA
STD-370          REV. 10-96

# JOB DESCRIPTION

| 1. Name of Employe (Last, First, MI) | 2. Employe Number | Position Number |
|---|---|---|
| EDWARDS, DON G. | 497770 | 213854 |

| 3. Department | Bureau | Division | Headquarters | Organization Code |
|---|---|---|---|---|
| Public Welfare | B.S.C.&Y.P. | Y.D.C. Loysville | N.C.S.T.U. | 0881 |

| 4. Class Title | Working Title | Class Code |
|---|---|---|
| Youth Development Aide | Youth Development Aide | 41790 |

**5. Regular Work Schedule**

Start Time: Varies    Lunch Length: _____    Position is:    X  Full-Time    ____ Permanent

End Time: _____     Hours/Week: 40                           ____ Part-Time    ____ Temporary

Reports to:   Name                    Class Title
              Kenneth Ross,           Y.D.C.S.

Days Worked (check all that apply):

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |    |   |   |

Explain any schedule variations:

**6. Describe the work assigned to this position, listing the critical duties and responsibilities first. Explain work in familiar terms and include machines or equipment used. Use additional paper if needed.**

Function:

  This is a Youth Development Aide position working in a secure residential treatment unit responsible for the care, custody, supervision, and resocialization of court adjudicated delinquent youth. In addition, he/she is responsible for completing systems maintenance tasks to provide a safe, clean, and comfortable environment. This position is directly responsible to a Youth Development Counselor Supervisor.

Work Effort Statement:

1.  Supervises students by being actively and meaningfully involved during daily routines and programs and ensuring staff interactions reflect NCSTU's values, ethics, and agency goals in order to maintain a safe and secure environment in which treatment can occur.

2.  Provides guidance in social and emotional growth by role modeling responsible values, ideals, and our agency's philosophy and offering alternatives to irresponsible behavior consistent with each student's individual needs in order to elicit genuine desire to change and provide insight into more responsible behaviors and attitudes.

3.  Monitors and teaches personal hygiene by observing, modeling, and instructing students in the proper use of hygiene materials in order to develop both an acceptable and desirable self-image and concern for one's health.

4.  Maintains discipline by being actively and meaningfully involved with the students and addressing and documenting inappropriate behavior in a manner that does not abuse, demean, or assault the integrity of the students in order to create a safe and secure environment in which effective treatment can occur.

Cade000881

7. Briefly describe how work is assigned to this position and how the work is reviewed.

Work is assigned through bi-weekly supervisory conferences.

8. If this is a supervisory position, briefly describe how work is assigned to subordinate personnel and how their work is reviewed. (If this is not a supervisory position, leave blank.)

9. Attach an Organizational Chart identifying all reporting relationships for this position.

10. Attach a statement identifying the essential functions of the positions.

## CERTIFICATION

I certify that to the best of my knowledge all statements contained within the job description are correct:  This job description consists of _____ pages.  (count this form as 1 page)

| | | |
|---|---|---|
| Employe's Signature *Den Edward* | Class 41790 Title 4 DA | Date 2·29·00 |
| Immediate Supervisor's Signature *Kent E R* | Class Title VDCS | Date 2/29/00 |
| Reviewing Officer's Signature *Will Are* | Class Title YOCA | Date 2-29-00 |

Cade000882

Addendum to Job Description

## Identification of Essential Job Functions/ADA

Don G. Edwards/213854
_____
Employee Name/Position Number

Classification:  **Youth Development Aide**

Observes students' behavior to maintain control and to analyze dysfunctional situations and make rapid decisions regarding immediate actions to be taken.

Intervenes with youth in crisis to apply safe physical management restraint techniques.  These youth are court committed teenage males.  Restraints occur in conjunction with other staff members, but occasionally (initially during the crisis) may occur one-to-one.

Assists in housekeeping in the cottage program by moving furniture, receiving/storing supplies, and handling bags of laundry.

Supervises program activities, off-ground trips with youth, Outward Bound Outdoor Programs, on-grounds athletic and recreational events.  Writes log entries and narrative reports regarding cottage activities and special incidents.

Supervises youth in multi-story, non-elevator equipped buildings.

Transports youth to court appearances/hearings, off-grounds trips or appointments using state cars/15 passenger vans.

Employees in direct care classifications are required to pass training and recertification courses in Safe Physical Management, CPR/First Aid, Suicide Prevention, Child Abuse Identification, Fire Safety, and AIDS.

Employee Signature _Don Edw_____ Date _2-29-00_

Supervisors's Signature _____ Date _2/29/00_

Cade000883

## SUPERVISORY CONFERENCE DOCUMENTATION

**EMPLOYEES NAME:**       DON EDWARDS

**DATE OF CONFERENCE:**       August 31, 1999

## AGENDAS:

1. Memos/M.O.T.S.
2. WC Team / Dietary
3. YDA Responsibilities

4. Resident Issues
5. Discussion

## CONTENTS:

1. Discussed:

   Memos on 10:00 pm bed time procedures by Bob, Jack's memo on time slips & Change of Leave function dated 8-11-99, New " Duty Status Report", Memo on no parking in front of the gate, & went over team meeting notes from 6-3-99, 7-8-99, 8-20-99 & 8-4-99.

2. Mary Ann did visit & things went OK, not as good as before though. Our menu production sheet needs more attention, I will address this in a memo, & paper products & food can not be stored on the floor. Reminder that closer supervision needs to occur in the dietary. We are pretty conscious of it but your peers may not be. Continue to teach & educate staff working in the dietary. If you have questions see me. Don will be taking over food orders after I speak to Erin. She will teach him how to fill out the orders.

3. Discussed;

   1) We need to assure that the residents are ready for school by 9:00 a.m. & 1:00 p.m.
   2) the dacum Crosswalks, specifically Job Knowledge & Work Results. We went over the responsibilities & were he stands in respect to them.

4. Resident issues:

   L. Sanchez--- New intake. Very assaultive & impulsive. He has asthma & has a inhaler to use if needed. Mostly induced by stress. Also, he has absconded from a placement. Be alert.

   R. Cusick----- Continues to lie about his background. Still remains a security risk which needs a lot of attention. Continue to hold him accountable.

   B. Berry----- Still not with the program. Wise guy attitude. Presents potential problem, especially if he attempts to team up with Cusick.

   J. Gonzalez- Continue to be aware of his potential for violence & violent thoughts. His anger appears to be surfacing more.

   D.Hernandez- 15yrs old. Has escaped before & is Assaultive. Blind in left eye.

Cade000884

# SUPERVISORY CONFERENCE DOCUMENTATION

**EMPLOYEES NAME:**          DON EDWARDS

**DATE OF CONFERENCE:**      JULY  28,  1999

## AGENDAS:

1. Memos/M.O.T.S.
2. WC Team / Dietary
3. YDA Responsibilities
4. Resident Issues
5. Discussion

## CONTENTS:

1. Discussed:

Memos on IIC Plans being reviewed by Supervisors., Recyclable Products., Change of Meal Time on Weekends., Badge Policy & Heather Kinders memo on it., Experimental Program Change., Martha Hoover is here Aug. 11 if you wish to see her., Staff can no longer take a residents CRP sheet. This is a caseworkers, Supervisors &/or a team decision., Do not take any non-employees on day trips with you, this includes animals., Profanity has no place here at NCSTU especially when addressing residents. If it's occurring it needs to stop., The farm house is ours. CRP plans to move in ASAP., If you have worked a Voluntary OT, you can not be Mandatoried for 48 hrs following the end of your voluntary OT shift., & went over team meeting notes from 6-3-99, 7-8-99, & 7-20-99.

2. I took this opportunity to welcome Don to the W.C. Team & explained who we are      & what we do. I reviewed his responsibilities on this team which include; Weekly food & snack orders, snack room/storage room, & bread and milk patrol. Erin will assist me in training Don on how food orders are completed. With school out right now it has been tough accomplishing this. Also, our dietary may be finished soon & we will need to focus on & retrain staff to **our** dietary expectation. Things are slipping. With the new lay out, more supervision & ownership from **all staff** will be needed. Also, we need to reinforce Ken's note on eating snacks in the dietary. Boxes should not be opened until they are on the second floor unless permission is given to do so.

3. Discussed;

   1) the need to communicate room changes via the log as they occur. Plus, we need to move the residents razors to the appropriate dorm when dorm changes occur.
   2) the need to log bed checks starting at 10:00pm every night.
   3) If you are up dating a IIC plan, you need to sign the plan & state that you only updated it. If you discuss a task with them & it was a productive discussion than sign the IIC plan.
   4) We have no standard spot for the log, but if it's just laying around ( i.e. in school, S.Dorm, dietary, etc. ) then return it to the N. Dorm staff station.

Cade000885

# EMPLOYE PERFORMANCE REVIEW

363L (Rev. 6/98)

021 0881

| GENERAL INFORMATION | TYPE REPORT | ☒ PROBATIONARY (CS/NCS union covered) | ☐ INTERIM | ☐ ANNUAL |
|---|---|---|---|---|
| | | ☐ PROBATIONARY (CS non-union) | | |

| EMPLOYE NAME | AGENCY | EMPLOYE NUMBER |
|---|---|---|
| EDWARDS, DON G. | 021 PUBLIC WELFARE | 497770 |

| CLASS TITLE | | STATUS | |
|---|---|---|---|
| YTH DVPT AIDE | ☐ SUPERVISOR ☐ NON-SUPERVISOR | ☒ CIVIL SERVICE ☐ NCS | ☐ SMS |

| ORGANIZATION | RATING PERIOD |
|---|---|
| 0881 LOYSVILLE COMPLEX | FROM 05/03/99 TO 10/29/99 |

## GENERAL INSTRUCTIONS

Verify/Complete General Information. Indicate whether employe is a supervisor or non-supervisor.

Review the employe's job description for the rating cycle. Review/discuss job standards (expectations/objectives/duties), to ensure appraisal relates to the specific responsibilities, job assignments and standards which have been conveyed to the employe for the rating cycle. Update the job description and essential job functions for the next rating cycle.

Indicate when you conveyed job standards to the employe and when progress review(s) was conducted.

Base the appraisal on the employe's performance during the entire review period, not isolated incidents or performance prior to current review period.

The comments sections should be used to: support performance ratings, indicate problem areas and provide guidance to employes on how to improve performance. Comments MUST be provided for outstanding, needs improvement and unsatisfactory rating, but are highly recommended for all other ratings. (ATTACH ADDITIONAL 8 1/2 X 11 PAPER IF NEEDED.)

## PERFORMANCE RATING DEFINITIONS

| | |
|---|---|
| Outstanding: | Results are achieved on a consistent basis and significantly surpass job standards. |
| Commendable: | The employe clearly exceeds job standards on a regular basis and demonstrates a high degree of initiative and quality of work. |
| Satisfactory: | The employe meets the standards of the employe's job in a fully adequate manner. |
| Needs Improvement: | The employe meets many of the standards of the employe's job in a satisfactory manner. Improvement is expected. |
| Unsatisfactory: | Excessive performance deficiencies exist and must be corrected. |

## COMMUNICATION OF PERFORMANCE STANDARDS

1. Performance standards (objectives, duties, expectations, etc.) for this rating period were conveyed to employe on ____5/99____
   date(s)

2. Progress Review(s) was conducted on ____10/99____ (at least one during rating cycle)
   date(s)

Cade000886

EMPLOYE NAME: EDWARDS, DON G.  EMPLOYE NUMBER: 497770  021 0881

## JOB FACTORS

### 1. JOB KNOWLEDGE/SKILLS
This factor measures the employe's demonstrated knowledge of relevant job information such as: work practices, procedures, resources, policies, and technical information as well as the relationship of work to the organization's mission. Possession of essential skills required to perform the job also are measured.

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |
| Demonstrates superior job knowledge and skills. Consistently provides and applies accurate and appropriate job information/resources. Applies new techniques. | Has thorough knowledge of the job and related resources. Strives to expand knowledge. Frequently recommends changes in procedures and methods as needs dictate. | Has adequate knowledge and skills to completely perform all job responsibilities. Handles inquiries properly. Has some knowledge of related work. | Possesses basic job knowledge but requires some improvement with regard to the technical aspects of the job and/or understanding of resources, policies and procedures. | Demonstrates a lack of basic job knowledge and or skills to perform job as detailed in comments. |

Comments:  You are currently in the learning phase of this area.  You continue to learn the relevant job information (i.e., procedures, policies, agency mission, etc.) and have demonstrated the ability to put this knowledge into practice.  You appear to possess the skills required to perform your job.

### 2. WORK RESULTS
This factor measures the employe's demonstrated ability to meet established expectations of quality and quantity within established time frames.

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |
| Work consistently exceeds the expected quality, quantity and timeliness requirements. | Work frequently exceeds the expected quality, quantity and timeliness requirements. | Work meets the expected quality, quantity and timeliness requirements. | Occasionally has difficulty meeting the expected quality, quantity and/or timeliness requirements. | Consistently fails to meet expected quality, quantity and/or timeliness requirements. |

Comments:  In the short time that you have been on the WC Team, you have been reliable in the discharge of your duties.  When assigned duties at shift plan, you complete them in a timely fashion.  In addition, the quality and quantity of your work has been satisfactory.

### 3. COMMUNICATIONS
This factor measures the employe's demonstrated ability to exchange information with others clearly and concisely, to provide information to others on a timely basis within and outside the organization, and to listen, organize, and present thoughts logically and in a clear, concise manner, both orally and in writing.

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |
| Particularly adept at organizing and presenting facts and ideas. Exceptionally skilled in soliciting and clarifying information to ensure understanding. Promotes easy exchange of information. Writes and speaks clearly, concisely and is articulate. | Initiates and encourages timely and effective exchange of information. Proficient in organizing and presenting facts and ideas orally and in writing. Seeks and provides appropriate feedback. | Effectively exchanges relevant information. Speaks and writes clearly. Keeps others informed as needed. Listens with understanding. | Occasionally lacks clarity of expression orally or in writing. Inconsistent in keeping others informed and at times fails to listen effectively. | Frequently is difficult to understand. Is vague orally or in writing. Often does not keep others informed. Is an ineffective listener and/or frequently interrupts. |

Comments: You are an effective communicator.  You communicate relevant information via the log, SIR's, work orders, and through word of mouth.  You complete safety checks and participate actively in meetings.

### 4. INITIATIVE/PROBLEM SOLVING
This factor measures the employe's demonstrated ability to perform work without specific instruction beyond that normally provided by a supervisor and within established limits of responsibility and authority. It also assesses the employe's ability to determine what needs to be done within available resources and to pursue appropriate means of accomplishing tasks.

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |
| Regularly takes the initiative to identify and resolve work unit/agency problems. Perceives full dimension of problems and limitations. Develops corrective solutions and follows through to conclusion. Requires minimal supervision. | Frequently assumes responsibility for identifying solutions and methods to resolve concerns. Adept at defining and analyzing complex problems and solutions. Requires moderate supervision. | Recognizes problems and suggests and/or assists in developing solutions. Carries through solution implementation. Requires normal supervision. | Resolves routine problems. Exhibits little initiative in identifying problems or solutions. Needs to improve ability to recognize potential problems and evaluate solutions and their impact. Requires more than normal supervision. | Fails to recognize or seek help in resolving routine problems. Requires frequent reminders of what needs to be done. |

Comments:  You appear to be adept at monitoring daily resident routines, intervening with resident who require  counseling, and implementing appropriate sanctions.  You provide discipline and follow-up counseling with the residents.

Cade000887

EMPLOYE NAME:   EDWARDS, DON G.                     EMPLOYE NUMBER: 497770        021 0881

## JOB FACTORS

### 5. INTERPERSONAL RELATIONS/EQUAL EMPLOYMENT OPPORTUNITY (EEO)
This factor measures the employe's demonstrated ability to develop and maintain positive and constructive internal/external relationships. Consideration should be given to the employe's demonstrated willingness to function as a team player, give and receive constructive criticism, resolve conflicts, recognize needs and sensitivities of others and treat others in a fair and equitable manner. Supervisors also are to be assessed on their demonstrated commitment to Equal Employment Opportunity.

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] |
| Consistently promotes and maintains harmonious work environment. Exhibits understanding of needs of others that is reflected in attitude in dealing with them. Is respected and trusted. Actively promotes/adheres to EEO program activities/ requirements. | Maintains cooperative and positive work relationships. Handles conflict constructively. Promotes team work and cooperation, and fair and equitable treatment of others. Promotes/adheres to EEO program activities and requirements. | Interacts in a cooperative, positive manner. Avoids disruptive behavior. Deals appropriately with anger, frustration, conflict etc. Treats others fairly and equitably. Adheres to EEO policy/ administrative requirements. | Usually gets along with others. Allows personal bias to affect job relationships. Requires occasional reminders regarding needs and sensitivities of others. Does not consistently adhere to EEO policy/administrative requirements. | Interpersonal relationships are counter productive to work unit functions as described in comments. Generally ignores EEO policy/administrative requirements. |

Comments:   You treat others fairly and without prejudice.  You've maintained positive internal relationships with your peers, and your conduct at work is ethical and professional.  You are team oriented and support others well.

### 6. WORK HABITS
This factor measures the employe's demonstrated ability to utilize proper conduct, speech and ethical behavior in the work environment. Compliance with Commonwealth/agency/work unit policies and procedures such as attendance, punctuality, safety, security, housekeeping and other norms are assessed, as well as proper care and maintenance of assigned equipment.

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] |
| Work is planned/ organized to cover all phases of job assignments. Work meets/ exceeds deadlines and future steps are anticipated. Equipment and supplies are cared for wisely and in accord with procedure. Employe serves as role model for other employes with regard to work rules. | Work is planned/organized to accomplish job assignments effectively and in a timely manner including those of unusual nature. Scheduled meetings/deadlines are met with few exceptions. Personal care is taken in use of equipment, with minimal waste. Employe adheres to organizational rules and procedures. | Work is planned to meet routine volume and timeliness. Employs adheres to organizational work rules and procedures with rare exceptions. Appropriate care is taken in use of equipment. | Organization and planning of work is infrequently demonstrated. Work often requires revisions resulting in decreased productivity or missed deadlines. Employe needs improvement in complying with rules, regulations and/or care of equipment. | Employe regularly fails to meet expected work results due to lack of effective organization, use of equipment or adherence to established rules/regulations. |

Comments:   You continue to be an active and involved member of your shifts.  YOu conduct and complete procedure meetings, safety checks, security calls, room inspections, and cleaning details.  In addition, you utilize the log to communicate vital information and monitor daily resident routines.  You comply with the agency's policies and procedures and take care of agency equipment.  You participate in unit meetings, review memo, and observe youth behavior on a routine basis.

### 7. SUPERVISION/MANAGEMENT
(Required for all supervisors/managers)  This factor measures the supervisor's demonstrated ability to assign work responsibility and authority to subordinates, establish monitoring activities and systems to ensure work progresses to completion, ensure compliance with established procedures/regulations, and take corrective action when necessary. It also assesses the supervisor's adherence to or completion of personnel/administrative requirements, i.e. timely performance evaluations, appropriate discipline, management of overtime, leave etc.

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |
| Manages/supervises employes and work activities to consistently achieve a smooth/timely work flow, high level of quality and quantity. Continuously strives to improve operations, staff and instills team spirit. Consistently complies with personnel/ administrative requirements. | Manages/supervises employes to achieve effective and timely work products. Delegates work effectively and appropriately to achieve maximum results. Provides adequate direction and training. Complies with personnel and administrative requirements. | Manages/supervises employes adequately to achieve satisfactory or normal work production and effectiveness. Meets personnel and administrative requirements. | Inconsistent effective supervision or management of staff. At times, fails to direct/train staff within existing means. Less than adequate quality and quantity of production. Inconsistent adherence to personnel and administrative requirements. | Ineffective supervision or management of staff. Fails to establish appropriate monitoring/control activities. Production is poor in quality and/or quantity. Often ignores personnel and administrative requirements. |

Comments:

Cade000888

## OVERALL RATING

| OUTSTANDING | COMMENDABLE | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

**TRAINING AND DEVELOPMENT RECOMMENDATIONS:**

1. Continue to learn and refine your YDA skills, including furthering your knowledge of the CP concepts and BARJ.

2. Attend all mandatory training as scheduled, including but not limited to: Suicide Intervention, HIV/AIDS Education, SPM, First Aid/CPR, Cultural Diversity, and Gender Sensitivity, and Child Abuse

3. Learn all aspects of the Program Treatment Team as they apply to you.

## COMMENTS AND SIGNATURES     (Attach additional 8 1/2 x 11 paper if necessary)

RATER COMMENTS: (This section should comment on any aspect(s) of employe's performance not covered elsewhere and should explain overall rating.)

It has been a privilege working with you. In the short period of time that you've been with us, you have demonstrated a real willingness to assist and help our residents with their issues. You have also demonstrated a desire to learn all you can, as quick as you can. Continue the path you have started on and you will become a quality staff here at N.C.S.T.U. I appreciate the fine job you have done, and recommending you receive permanent status.

RATER SIGNATURE: _Dwayne Heeter_     DATE 9-20-99

REVIEWER COMMENTS:

_I appreciate the job you have done with us thus far._

REVIEWER SIGNATURE: _Robert Shirey_     DATE 9-27-99

EMPLOYE COMMENTS:

☐ I AGREE WITH THIS RATING     ☐ I DISAGREE WITH THIS RATING

☐ I WOULD LIKE TO DISCUSS THIS RATING WITH MY REVIEWING OFFICER

☐ DISCUSSION WITH MY REVIEWING OFFICER OCCURRED _____
(DATE)

☐ I ACKNOWLEDGE THAT I HAVE READ THIS REPORT AND I HAVE BEEN GIVEN AN OPPORTUNITY TO DISCUSS IT WITH THE EVALUATOR; MY SIGNATURE DOES NOT NECESSARILY MEAN THAT I AGREE WITH THE REPORT.

COMMENTS:

_Don Edwards_                                        9-23-99

EMPLOYE'S SIGNATURE:                    DATE

Cade000889

ACKNOWLEDGMENT OF RECEIPT OF
NCSTU'S POLICY ON
INTENSIVE INDIVIDUAL COUNSELING/USE OF RESTRAINTS

I acknowledge that on the date shown below I was given a copy of NCSTU's Intensive Individual Counseling/Use of Restraints policy.

DON EDWARDS
Print Name

9-1-99
Date

DON Edw
Employee's Signature

## ACKNOWLEDGMENT OF RECEIPT OF
## THE COMMONWEALTH OF PENNSYLVANIA'S
## SEXUAL HARASSMENT POLICY

I acknowledge that I have received and reviewed copies of the Commonwealth of Pennsylvania's policy on sexual harassment, which is set forth in *Executive Order 1999-3, Prohibition of Sexual Harassment in the Commonwealth*, and *Management Directive 505.30, Prohibition of Sexual Harassment in Commonwealth Work Settings.*

NAME (PRINT): Don G. Edwards

SIGNATURE: Don Edwards

DATE: 6-15-99

AGENCY: YDC

**Note:** This form is to be maintained in my Official Personnel Folder (STD-301) by the agency Personnel Office.

Enclosure   1   to   Management   Directive

505.30

Addendum to Job Description

## Identification of Essential Job Functions/ADA

Edwards, Don   213584
Employee Name/Position Number

Classification:   **Youth Development Aide**

Observes students' behavior to maintain control and to analyze dysfunctional
situations and make rapid decisions regarding immediate actions to be taken.

Intervenes with youth in crisis to apply safe physical management restraint
techniques.  These youth are court committed teenage males.  Restraints
occur in conjunction with other staff members, but occasionally (initially
during the crisis) may occur one-to-one.

Assists in housekeeping in the cottage program by moving furniture, receiving/storing
supplies, and handling bags of laundry.

Supervises program activities, off-ground trips with youth, Outward Bound
Outdoor Programs, on-grounds athletic and recreational events.  Writes log
entries and narrative reports regarding cottage activities and special incidents.

Supervises youth in multi-story, non-elevator equipped buildings.

Transports youth to court appearances/hearings, off-grounds trips or appointments
using state cars/15 passenger vans.

Employees in direct care classifications are required to pass training and
recertification courses in Safe Physical Management, CPR/First Aid, Suicide
Prevention, Child Abuse Identification, Fire Safety, and AIDS.

Employee Signature _Don Edward_   Date _9-1-99_

Supervisors's Signature _Dwayne Heeter_   Date _9-1-99_

Cade000892

A Youth Development Aide is responsible to provide structure and supervision through positive interaction with students to ensure a safe, secure, and therapeutic environment.

Column headers (vertical): Job Knowledge | Work Results | Communications | Initiative | Interpersonal Rel. | Work Habits

1. Demonstrate professionalism by:
- attending and participating in training
- serving as a youth role model
- practicing teamwork
- supporting agency goals and objectives

2. Supervises students by:
- assuring student location
- monitoring daily student routines
- controlling student movement
- observing youth behavior
- interpreting group dynamics
- selecting (appropriate) intervention
- implementing (appropriate) intervention

3. Safely manages youth behavior by:
- building positive student relationships
- participating in the MCPS
- providing discipline
- employing Safe Physical Mgmt. techniques
- conducting youth meetings

4. Use communications systems by:
- using log books
- discussing shift activities; using plans
- preparing student reports; SIRs, medical forms
- reviewing student records/reports
- participating in meetings
- reviewing memos and agency documents

5. Implements program activities by:
- following program schedules
- meeting student health needs
- conducting procedure meetings
- co-facilitating therapeutic groups
- conducting recreational activities
- overseeing laundry systems

6. Maintains physical plant by:
- completing safety checks, security calls
- conducting room inspections
- completing work orders
- overseeing cleaning details
- maintaining supply inventories

Cade000893

**JOB KNOWLEDGE:**   This factor measures the employee's demonstrated knowledge of relevant job information such as work practices, procedures, resources, policies, and technical information as well as the relationship of work to the organization's mission.  Possession of essential skills required to perform the job are also measured.

- attending and participating in training
- supporting agency standards
- observing youth behavior
- interpreting group dynamics
- selecting (appropriate) intervention
- implementing (appropriate) intervention
- participating in the MCPS
- providing discipline
- employing SPM
- conducting youth meetings
- conducting procedure meetings
- co-facilitating therapeutic groups
- conducting recreational activities
- conducting room inspections
- overseeing cleaning details
- maintaining supply inventories

Cade000894

## WORK RESULTS:

This factor measures the employee's demonstrated ability to meet established expectations of quality and quantity within established time frames.

- supporting agency goals and objectives
- assuring student location
- controlling student movement
- conducting youth meetings
- utilizing log books
- preparing student reports; SIRS; medical forms
- following program schedules
- meeting student health needs
- conducting procedure meetings
- conducting recreational activities
- overseeing laundry systems
- completing safety checks; security calls
- conducting room inspections
- overseeing cleaning details
- maintaining supply inventories

Cade000895

**COMMUNICATIONS:** This factor measures the employee's demonstrated ability to exchange information with others clearly and concisely, to provide information to others on a timely basis within and outside the organization, and to listen, organize and present thoughts logically and in a clear, concise manner, both orally and in writing.

- attending and participating in training
- practicing teamwork
- supporting agency standards and objectives
- implementing (appropriate) intervention
- building positive student relationships
- participating in the MCPS
- providing discipline
- employing SPM
- conducting youth meetings
- utilizing log books
- discussing shift activities; using plans
- preparing student reports, SIRS, medical forms
- reviewing student records/reports
- participating meetings
- reviewing memos and agency documents
- meeting student health needs
- conducting procedure meetings
- co-facilitating therapeutic groups
- conducting recreational activities
- completing safety checks; security calls
- completing work orders
- maintaining supply inventories

Cade000896

# INITIATIVE/PROBLEM SOLVING:

This factor measures the employee's demonstrated ability to perform work without specific instruction beyond that normally provided by a supervisor and within established limits of responsibility and authority. It also measures the employee's ability to determine what needs to be done within available resources and to pursue appropriate means of accomplishing tasks.

- monitoring daily student routines
- selecting (appropriate) intervention
- implementing (appropriate) intervention
- providing discipline
- employing SPM
- discussing shift activities; using plans
- participating in meetings
- meeting student health needs

Cade000897

## INTERPERSONAL RELATIONS/AFFIRMATIVE ACTION:

This factor measures the employee's demonstrated ability to develop and maintain positive and constructive internal/external relationships. Consideration should be given to the employee's demonstrated willingness to function as a team player, give and receive constructive criticism, resolve conflicts, recognize needs and sensitivities of others and treat others in a fair and equitable manner.

- serving as a youth role model
- practicing teamwork
- implementing (appropriate) intervention
- building positive student relationships
- providing discipline
- employing SPM
- conducting youth meetings
- participating in meetings
- co-facilitating therapeutic groups

Cade000898

**WORK HABITS:** This factor measures the employee's demonstrated ability to utilize proper conduct, speech and ethical behavior in the work environment.  Compliance with Commonwealth/ agency/work unit policies and procedures such as attendance, punctuality, safety, security, housekeeping and other norms are assessed, as well as proper care and maintenance of assigned equipment.

- attending and participating in training
- serving as a youth role model
- practicing teamwork
- supporting agency goals and objectives
- assuring student location
- monitoring daily student routines
- controlling student movement
- observing youth behavior
- interpreting group dynamics
- selecting (appropriate) intervention
- participating in the MCPS
- employing SPM
- preparing student reports; SIRS; medical forms
- reviewing student records/reports
- participating in meetings
- reviewing memos and agency documents
- following program schedules
- meeting student health needs
- overseeing laundry systems
- completing safety checks; security calls
- conducting room inspections
- completing work orders
- overseeing cleaning details
- maintaining supply inventories

Cade000899

# PERSONNEL TRANSFER/MOVEMENT REQUEST

**INSTRUCTIONS:** Print or type (except signatures). See Management Directive 515.2 for detailed procedures. Additional documentation requirements for civil service employes are shown in Management Directive 580.11. Be guided also by the provisions of Management Directives 580.23, 580.26 and 580.30, as pertinent.

**PART 1 - COMPLETED BY EMPLOYE** (Retain Copy 6 and send remainder to Gaining Supervisor.)

| EMPLOYE NAME (LAST-FIRST-MIDDLE INITIAL) | DATE OF REQUEST | SOCIAL SECURITY NUMBER | ICS EMPLOYE NUMBER |
|---|---|---|---|
| Edwards, Don G. | 5/13/99 | ███-7356 | 497770 |

EMPLOYE SIGNATURE
*Don Edwards*

STATUS (FOR CIVIL SERVICE EMPLOYES)
Probationary

I HEREBY REQUEST TRANSFER/MOVEMENT

| | LOSING AGENCY/FACILITY | CLASS TITLE |
|---|---|---|
| FROM → | DPW - Loysville YDC | YD Aide |
| | GAINING AGENCY/FACILITY | CLASS TITLE |
| TO → | DPW - Loysville YDC - NCSTU | YD Aide |

(CHECK IF APPLICABLE)

☐ I WISH TO GO ON LEAVE FROM MY CIVIL SERVICE POSITION (CIVIL SERVICE TO NON-CIVIL SERVICE)

☐ I WISH TO RESIGN MY CIVIL SERVICE POSITION (CIVIL SERVICE TO NON-CIVIL SERVICE)

☐ I AGREE TO A VOLUNTARY DEMOTION

☐ WITHOUT A REDUCTION IN PAY

☐ WITH A REDUCTION IN PAY

**PART 2 - COMPLETED BY GAINING AGENCY/FACILITY PERSONNEL OFFICE** (Retain Copy 5 and send remainder to Losing Agency Personnel Office.)

TO: (LOSING AGENCY/FACILITY)
Youth Development Center
RD#2, Box 365B
Loysville, PA 17047

FROM: (GAINING AGENCY/FACILITY)
Personnel Office - NCSTU
Youth Development Center
RD#2, Box 365B
Loysville, PA 17047

THE ABOVE EMPLOYE HAS REQUESTED A TRANSFER/MOVEMENT

| | LOSING AGENCY/FACILITY | CLASS TITLE |
|---|---|---|
| FROM → | DPW - Loysville YDC | YD Aide |
| | GAINING AGENCY/FACILITY | CLASS TITLE |
| TO → | DPW - Loysville YDC - NCSTU | YD Aide |

REQUESTED EFFECTIVE DATE →  DATE  06-28-99

DIRECT QUESTIONS TO →  NAME  Beverly Moose    TELEPHONE NUMBER (717) 789-5507

SIGNATURE (AGENCY HEAD/DESIGNEE)  *Beverly Moose*    DATE SIGNED  5-18-99

**PART 3 - COMPLETED BY LOSING AGENCY/FACILITY PERSONNEL OFFICE** (Retain Copy 3 and send remainder to Gaining Agency Personnel Office.)

TO: (GAINING AGENCY/FACILITY)
Personnel Office - NCSTU
Youth Development Center
RD#2, Box 365B
Loysville, PA 17047

FROM: (LOSING AGENCY/FACILITY)
Youth Development Center
RD#2, Box 365B
Loysville, PA 17047

TRANSFER/MOVEMENT OF THIS EMPLOYE APPROVED EFFECTIVE →  DATE  06-28-99

DATE TO 310 WILL BE INPUT TO ICS BY GAINING AGENCY →  DATE

DIRECT QUESTIONS TO →  NAME  *Beverly Moose*    TELEPHONE NUMBER  717-789-5507

IF APPLICABLE, EMPLOYE IS GRANTED LEAVE OF ABSENCE FROM HIS/HER CIVIL SERVICE POSITION, WHICH EXPIRES →  DATE

SIGNATURE (AGENCY HEAD/DESIGNEE)  *Beverly Moose*    DATE SIGNED  5-18-99

**PART 4 - COMPLETED BY LOSING AGENCY/FACILITY PERSONNEL OFFICE AND EMPLOYE**

TO: (GAINING AGENCY/FACILITY)    FROM: (LOSING AGENCY/FACILITY)

EMPLOYE HAS WITHDRAWN REQUEST FOR TRANSFER/MOVEMENT.

| EMPLOYE SIGNATURE | PERSONNEL OFFICER SIGNATURE | DATE SIGNED |
|---|---|---|
| | | |

1. GAINING AGENCY (APPROVED)                    Cade000900

# JOB DESCRIPTION

| 1. Name of Employe (Last, First, MI) | 2. Employe Number | Position Number |
|---|---|---|
| EDWARDS, DON G. | 497770 | 213584 |

| 3. Department | Bureau | Division | Headquarters | Organization Code |
|---|---|---|---|---|
| Public Welfare | B.SC.&Y.P. | Y.D.C. Loysville | N.C.S.T.U. | 0881 |

| 4. Class Title | Working Title | Class Code |
|---|---|---|
| Youth Development Aide | Youth Development Aide | 41790 |

**5. Regular Work Schedule**

| Start Time: | Varies | Lunch Length: | |
|---|---|---|---|
| End Time: | | Hours/Week | 40 |

**Position is:**

| X | Full-Time | | Permanent |
|---|---|---|---|
| | Part-Time | X | Temporary |

**Reports to:**

| Name | Class Title |
|---|---|
| Dwayne Heeter | YDCS |

**Days Worked (check all that apply):**

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | | | | |

Explain any schedule variations:

---

**6. Describe the work assigned to this position, listing the critical duties and responsibilities first. Explain work in familiar terms and include machines or equipment used. Use additional paper if needed.**

<u>Function:</u>

    This is a Youth Development Aide position working in a secure residential treatment unit responsible for the care, custody, supervision, and resocialization of court adjudicated delinquent youth. In addition, he/she is responsible for completing systems maintenance tasks to provide a safe, clean, and comfortable environment. This position is directly responsible to a Youth Development Counselor Supervisor.

<u>Work Effort Statement:</u>

1. Supervises students by being actively and meaningfully involved during daily routines and programs and ensuring staff interactions reflect NCSTU's values, ethics, and agency goals in order to maintain a safe and secure environment in which treatment can occur.

2. Provides guidance in social and emotional growth by role modeling responsible values, ideals, and our agency's philosophy and offering alternatives to irresponsible behavior consistent with each student's individual needs in order to elicit genuine desire to change and provide insight into more responsible behaviors and attitudes.

3. Monitors and teaches personal hygiene by observing, modeling, and instructing students in the proper use of hygiene materials in order to develop both an acceptable and desirable self-image and concern for one's health.

4. Maintains discipline by being actively and meaningfully involved with the students and addressing and documenting inappropriate behavior in a manner that does not abuse, demean, or assault the integrity of the students in order to create a safe and secure environment in which effective treatment can occur.

Cade000901

7. Briefly describe how work is assigned to this position and how the work is reviewed.

Work is assigned and reviewed through bi-weekly supervisory conferences.

8. If this is a supervisory position, briefly describe how work is assigned to subordinate personnel and how their work is reviewed. (If this is not a supervisory position, leave blank.)

9. Attach an Organizational Chart identifying all reporting relationships for this position.

10. Attach a statement identifying the essential functions of the positions.

## CERTIFICATION

I certify that to the best of my knowledge all statements contained within the job description are correct. This job description consists of _____ pages. (count this form as 1 page)

| | | | | | |
|---|---|---|---|---|---|
| Employe's Signature | *Don Edward* | Class Title | 4DA | Date | 7-28-99 |
| Immediate Supervisor's Signature | *Dwayne Hooter* | Class Title | 4DCS | Date | 7-28-99 |
| Reviewing Officer's Signature | *signature* | Class Title | 4DCM | Date | 7-29-99 |

Cade000902

Job Description
YDA

5. Ensures that teamwork and communication occur on shift by offering and accepting constructive criticism and feedback concerning your job performance and passing on or documenting all pertinent information to other staff in order to provide consistency and continuity from shift to shift.

6. Maintains and implements unit support systems by evaluating and distributing personal and cleaning supplies, completing students' laundry, maintaining storage areas, developing and supervising student detail procedures, and monitoring fire and safety systems and building security in order to provide our students with adequate hygiene articles, sufficient clothing, property instruction in the use of cleaning supplies, and averting any potentially dangerous situations.

7. Provides safety and security during sleeping hours by making regular scheduled checks of the students, building and grounds, completing fire and safety inspections, and making half-hour security calls.

8. Completes night shift duties when assigned by collecting and recording students' outgoing mail, completing census form, coping documents, providing back-up with housekeeping and laundry duties, maintaining storage areas, and averting any potentially dangerous situation in order to maintain a clean, safe, and secure environment.

9. Monitors dietary operations by supervising the preparation, set-up, and serving of meals, modeling sound work ethics and responsible values, ensuring dietary/kitchen is cleaned properly and supplies are inventories, requisitioned and/or purchased in order to establish a pleasant environment in which to eat, maintain sufficient inventory, and provide a learning experience for our students.

10. Monitors canteen operations by determining and ordering inventory needs, supervising canteen calls for students, and documenting all sales accurately in order to provide our students with an opportunity to purchase foodstuffs and generate money for the unit fund.

11. Requisitions internal supplies by completing monthly inventories, ordering necessary supplies, and maintaining the storeroom in order to maintain an adequate inventory to meet student and program needs.

12. Monitors and issues internal clothing supplies by completing inventories, restocking and categorizing clothing according to size and seasonal wear, and issuing clothing to students in order to maintain an adequate supply of clothing to meet student needs.

Cade000903

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF PUBLIC WELFARE

# LOYSVILLE COMPLEX
# BUSINESS SERVICES

R.D. #2, Box 365B
LOYSVILLE, PA 17047-9754
Phone: (717) 789-3841

Fax: (717) 789-4834 Business Office          Fax: (717) 789-5588 Personnel Office          Fax: (717) 789-4302 Maintenance Office

SERVING THE NEEDS OF THE YOUTH AND STAFF AT:

Loysville Youth Development Center          Loysville Secure Treatment Unit          North Central Secure Treatment Unit
South East Secure Treatment Unit          Weaversville Intensive Treatment Unit          Allentown Secure Treatment Unit
Danville Girls Secure Treatment Unit          Youth Forestry Camp No. 3          South Mountain Secure Treatment Unit

April 29, 1999

CLASS TITLE:  Youth Development Aide
SALARY:   $11.52 Hourly
EFFECTIVE DATE: May 3, 1999
PROBATIONARY PERIOD:  6 Months
SSN: ███████7356

Mr. Don G. Edwards

Dear Mr. Edwards:

I am pleased to inform you of your limited-term appointment, with probationary Civil Service status, with the Department of Public Welfare.  Your classification and effective date are shown above.

Under the provisions of Civil Service, a limited-term wage appointment may be terminated at any time at the discretion of the appointing authority.  The anticipated duration of this position is nine months.  However, your rights to certification and appointment to another regular position from an eligible list are not in any way impaired by your acceptance of this limited-term wage position.

The Youth Development Aide class to which you were appointed is in the AFSCME Local Union and in the N-1 bargaining unit for labor relations' purposes.

Welcome to the Department of Public Welfare.  May I take this opportunity to wish you success in your assignment at the Loysville Youth Development Center.

Mr. Don G. Edwards
    Page 2

                          Sincerely,

                          Virginia L. Fabbri
                          Director of Personnel
                          Loysville Complex
                          for
                          Feather O. Houstoun
                          Secretary of Public Welfare

VLF:dad
cc:    Mr. Denlinger
        Mr. Mullen, AFSCME President
        Mr. Ranck, Local AFSCME Rep.
        SCSC
        File

Cade000905

## COMMONWEALTH OF PENNSYLVANIA BENEFICIARY DESIGNATION FORM
### LIFE INSURANCE COMPANY OF NORTH AMERICA

Policy No. GL 1776
(Instructions on Reverse Side)

(Please Type or Print Legibly)

| Employee's Name | (First) Don | (Middle) G. | (Last) Edwards |
|---|---|---|---|

| Agency | Public Welfare – Loysville YDC | Social Security No. ▆▆▆-7356 |
|---|---|---|

In the event of my death, my group life insurance shall be paid as designated below:  E# 497770

**PRIMARY BENEFICIARY(IES)**—If Beneficiary(ies) under age 18, give Birthdate(s).   P# 247785

| Name | Address (Street, City, State, Zip) | Relationship | Percent |
|---|---|---|---|
| | 17821 | Wife | 60 % |
| | 17821 | Son | 20 % |
| | 17821 | Step Son | 20 % |

**CONTINGENT (Second) BENEFICIARY(IES)**—If Beneficiary(ies) under age 18, give birthdate(s).

| Name | Address (Street, City, State, Zip) | Relationship | Percent |
|---|---|---|---|
| | | | % |
| | | | % |
| | | | % |

**GUARDIAN for** ____

| Name of Guardian | Address |
|---|---|
| Lorelei Edwards, ▆ ▆ ▆▆▆▆▆, ▆▆▆▆▆▆▆, ▆▆ ▆▆▆▆ | |

| (Date) 5-4-99 | Employe's Signature  Don Edwards |
|---|---|

LM-1381b

1/80  Printed in U.S.A.

### FOR PERSONNEL OFFICE

NAME: D G Edwards

MAIDEN OR FORMER LAST NAME:

SOCIAL SECURITY NO.: [ ] [ ] [ ] 7 3 5 6

PAY FREQUENCY: MONTHLY [ ]   SEMI-MO [ ]   BI-WKLY [ ]   WKLY [X]

EMPLOYER AGENCY: Public Welfare
Loysville YDC

AGENCY CODE: 0 2 1

BIRTHDATE: 6 8 0 4 2 9

SEX: M [ ]  F [M]

CONTRIBUTION RATE: 0 5 0 0 %

EMP. EFF. DATE: 9 9 0 5 0 3

COVERAGE CODE: 2

MEMB. EFF. DATE: 9 9 0 5 0 3

CATEGORY CODE: 0

CURRENT CLASS: A

## SECTION II — PREVIOUS STATE SERVICE (Employe must answer all questions)

HAVE YOU EVER BEEN EMPLOYED BY THE COMMONWEALTH BEFORE?   YES [ ]   NO [✓]   IF YES, GIVE TERMINATION DATE _____

WERE YOU EVER A MEMBER OF THE STATE EMPLOYES' RETIREMENT SYSTEM?   YES [ ]   NO [✓]

IF YES, DID YOU WITHDRAW YOUR MONEY?   YES [ ]   NO [ ]

ARE YOU RECEIVING AN ANNUITY FROM THE STATE EMPLOYES' RETIREMENT SYSTEM?   YES [ ]   NO [ ]

GIVE FORMER NAMES, IF ANY, USED WHILE EMPLOYED BY THE COMMONWEALTH

DO YOU WANT A STATEMENT OF THE COST OF PURCHASING ALL OF YOUR CREDITABLE STATE SERVICE?   YES [ ]   NO [ ]

INDICATE ALL PERIODS OF PREVIOUS STATE SERVICE IN THE SPACE BELOW. IF ADDITIONAL SPACE IS NEEDED, ATTACH FORM STD-415.

| FROM MO | DAY | YR | TO MO | DAY | YR | AGENCY IN WHICH EMPLOYED | FROM MO | DAY | YR | TO MO | DAY | YR | AGENCY IN WHICH EMPLOYED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

## SECTION III — CREDITABLE NON - STATE SERVICE (Employe must answer all questions)

(A) DO YOU HAVE ACTIVE MILITARY SERVICE?   YES [ ]   NO [✓]

IF YES, ARE YOU A MEMBER OF AN ACTIVE RESERVE OR NATIONAL GUARD UNIT?   YES [ ]   NO [ ]

(B) DO YOU HAVE PREVIOUS SERVICE WITH A GOVERNMENTAL AGENCY AS DESCRIBED IN THE INSTRUCTIONS?   YES [ ]   NO [ ]

(C) DO YOU HAVE OUT OF STATE TEACHING SERVICE AS DEFINED IN THE INSTRUCTIONS?   YES [ ]   NO [✓]

IF YES TO (A), (B) OR (C):

ARE YOU NOW RECEIVING RETIREMENT BENEFITS FOR SUCH SERVICE?   YES [ ]   NO [ ]

ARE YOU ELIGIBLE TO RECEIVE, OR WILL YOU BECOME ELIGIBLE TO RECEIVE IN THE FUTURE, ANY RETIREMENT BENEFITS ON ACCOUNT OF SUCH SERVICE?   YES [ ]   NO [ ]

HAVE YOU FORFEITED A RIGHT TO ANY RETIREMENT BENEFITS FOR SUCH SERVICE?   YES [ ]   NO [ ]

INDICATE ALL PERIODS OF CREDITABLE NON-STATE SERVICE IN THE SPACE BELOW.

| FROM MO | DAY | YR | TO MO | DAY | YR | TYPE OF SERVICE — EXPLAIN FULLY |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

## SECTION IV — SCHOOL SERVICE (Employe must answer all questions)

HAVE YOU EVER BEEN EMPLOYED IN A PENNSYLVANIA PUBLIC SCHOOL?   YES [ ]   NO [✓]

WERE YOU EVER A MEMBER OF THE PA PUBLIC SCHOOL EMPLOYES' RETIREMENT SYSTEM?   YES [ ]   NO [✓]

IF YES, DID YOU WITHDRAW YOUR MONEY?   YES [ ]   NO [ ]

ARE YOU RECEIVING AN ANNUITY FROM THE PA. PUBLIC SCHOOL EMPLOYES' RETIREMENT SYSTEM?   YES [ ]   NO [ ]

GIVE FORMER NAMES, IF ANY, USED WHILE EMPLOYED BY A PENNSYLVANIA PUBLIC SCHOOL

DO YOU WISH TO ELECT "MULTIPLE SERVICE" CREDIT, COMBINING BOTH CREDITABLE STATE AND PUBLIC SCHOOL SERVICE TOWARD RECEIPT OF A COMBINED BENEFIT?   YES [ ]   NO [ ]

NOTE:   MULTIPLE SERVICE CREDIT IS NOT MANDATORY AND NOT AUTOMATIC. TO BE ELIGIBLE, YOUR ELECTION MUST BE MADE WITHIN 30 DAYS OF JOINING THE STATE EMPLOYES' RETIREMENT SYSTEM AND REPAYMENT OF MONIES DUE WILL BE REQUIRED WITHIN 90 DAYS OF BILLING. FAILURE TO ELECT MULTIPLE SERVICE BY REPAYING THE NECESSARY MONIES WITHIN THE PRESCRIBED TIME WILL PRECLUDE SUCH ELECTION UNLESS THERE IS A BONA FIDE BREAK IN YOUR STATE EMPLOYMENT.

INDICATE ALL PERIODS OF PREVIOUS PENNSYLVANIA PUBLIC SERVICE IN THE SPACE BELOW.

| FROM MO | DAY | YR | TO MO | DAY | YR | WHERE EMPLOYED | FROM MO | DAY | YR | TO MO | DAY | YR | WHERE EMPLOYED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

## SECTION V — CERTIFICATION (Employe and agency representative complete this section)

I certify that all statements made on this application are true and correct to the best of my knowledge and belief. I understand that any willful falsification or failure to provide the information required shall result in the forfeiture of my right to benefits based upon such information and such other penalties as provided by law.

Don Edwards 16 C. St. Danville, PA 17821
(EMPLOYE SIGNATURE AND ADDRESS)

Beverly Moore
(SIGNATURE OF AUTHORIZED AGENCY REPRESENTATIVE)

DATE: 5-4-99

DATE: 5-4-99

2. AGENCY PERSONNEL OFFICE

Cade000907

# FORM F 1206, EMPLOYEE ORIEN ATION CHECKLIST

**INSTRUCTIONS:** Parts I, II, III and IV will be completed by the program office administrative staff person or designee (headquarters entities) or by the personnel officer or designee (field entities). Part V will be completed by the supervisor (immediate or reviewing). All parts will be completed on the employee's first working day.

| EMPLOYEE NAME (LAST, FIRST, M.I.): Edwards, Don G. | EFFECTIVE DATE OF APPOINTMENT/TRANSFER (MM/DD/YY): 5-03-99 |
|---|---|
| EMPLOYEE NUMBER: | [X] NEW EMPLOYEE/INTER-AGENCY TRANSFEREE |
| CLASS TITLE/CODE: Youth Development Aide/41790 | [ ] INTRA-AGENCY TRANSFEREE |

## PART I: FORMS SUBMITTED BY EMPLOYEE

- [ ] BIRTH DOCUMENTATION (REGISTRATION/CERTIFICATE/ETC.)
- [ ] SOCIAL SECURITY CARD
- [ ] DD-214 (WHERE APPLICABLE)
- [ ] OTHER _____

## PART II: PERSONNEL & BENEFIT FORMS COMPLETED

- [ ] EMPLOYEE'S WITHHOLDING ALLOWANCE CERTIFICATE (W-4)
- [ ] EARNED INCOME (WAGE) TAX QUESTIONNAIRE (STD-399)
- [ ] *GROUP LIFE INSURANCE BENEFICIARY FORM (LM-1381b)
- [ ] *EMPLOYEE ENROLLMENT CHANGE FORM (PEBTF 2)
- [ ] *SERS APPLICATION FOR MEMBERSHIP (STD-400)
- [ ] *SERS NOMINATION OF BENEFICIARY(IES) (STD-402.1 OR STD-402)
- [ ] PROOF OF PREVIOUSLY PAID OCCUPATION TAX
- [ ] *EMERGENCY ADDRESS INFORMATION
- [ ] *NAME, ADDRESS, TELEPHONE NUMBER CHANGES

- [ ] *IDENTIFICATION CARD

I RECEIVED:
- [ ] A GLI CERTIFICATE AND SUMMARY OF GLI
- [ ] A COPY OF THE COBRA INITIAL NOTICE WHICH EXPLAINS MY LEGAL RIGHTS TO CONTINUATION OF HEALTH INSURANCE BENEFITS.
- [ ] PEBTF SUMMARY PLAN DESCRIPTION
- [ ] UNITED BEHAVIORAL HEALTH (UBH) CERTIFICATE OF INSURANCE
- [ ] AND SIGNED "NOTIFICATION OF RIGHTS AND DUTIES" RELATING TO WORKERS' COMPENSATION
- [ ] OTHER _____

## PART III: SALARY AND BENEFITS DISCUSSED

- [ ] *SALARY PAY RANGE, STEP & RATE
- [ ] *APPROXIMATE DATE OF FIRST CHECK
- [ ] EARNINGS STATEMENT
- [ ] *ANNIVERSARY & LONGEVITY DATES
- [ ] *SALARY PROGRESSION (MINIMUM TO MAXIMUM)
- [ ] *GENERAL PAY INCREASES
- [ ] *PROBATIONARY PERIOD & REGULAR STATUS
- [ ] JOB CLASSIFICATION & PROMOTIONS (BIDDING, EXAMINATIONS, 501)
- [ ] SENIORITY RULES (IF APPLICABLE)
- [ ] LEAVE & HOLIDAYS
- [ ] PAMPHLET "THE BENEFITS OF A HEALTHY SICK LEAVE BALANCE"
- [ ] MEDICAL HOSPITAL PROGRAM
- [ ] SUPPLEMENTAL BENEFITS
- [ ] OTHER _____

- [ ] STATE EMPLOYES RETIREMENT SYSTEM (SERS)
- [ ] WORKERS' COMPENSATION; INJURY LEAVE PROGRAM; ESCORT POLICY
- [ ] STATE EMPLOYEES COMBINED APPEAL (SECA)
- [ ] STATE EMPLOYEE ASSISTANCE PROGRAM (SEAP)
- [ ] U.S. SAVINGS BONDS
- [ ] DEFERRED COMPENSATION PROGRAM
- [ ] GROUP LIFE INSURANCE
- [ ] *BLOOD BANK MEMBERSHIP
- [ ] PSECU MEMBERSHIP; DIRECT DEPOSIT, PAYROLL DEDUCTION, ETC.
- [ ] FAMILY CARE ACCOUNT PROGRAM (FCAP)
- [ ] FAMILY CARE/SICK/PARENTAL LEAVE
- [ ] PENNSYLVANIA TUITION ACCOUNT PROGRAM (TAP)
- [ ] OTHER _____

Cade000908

# NEW EMPLOYE SAFETY ORIENTATION

Every supervisor shall meet with each of their employes to:

Review the Department safety program regarding the employe's new job.

Emphasize the importance of immediately reporting to the supervisor any accident occurring on the job.

Emphasize the importance of reporting to the supervisor any dangerous working conditions detected.

Explain and discuss the importance of safety education and the practice of safety as a vital part of every job.

Review with the employe responsibilities and procedures to follow when injured on or off duty.

Explain to the employe reasons for safety precautions, and the dangers of disregarding them.

☑ Explain conditions under which employes must be certified to operate Department vehicles or equipment.

☑ Impress upon the employe that it shall be his/her duty to exercise the utmost precaution and to plan all work operations so as to prevent accidents. When an employe disregards instructions or takes chances, thus placing himself and others in a position liable to injury, an earnest attempt shall be made to educate him to follow safe practices. Progressive discipline may be instituted depending upon the seriousness of the infraction, and the circumstances surrounding the infraction.

_Don Edward_
**Signature of Employe**

_Kalk Martin_
**Signature of Supervisor**

COMMONWEALTH OF PENNSYLVANIA          DEPARTMENT OF PUBLIC WELFARE          FW 1175 - 7/84

Cade000909

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF PUBLIC WELFARE

# LOYSVILLE COMPLEX
# BUSINESS SERVICES

R.D. #2, Box 365B
LOYSVILLE, PA 17047-9754
Phone: (717) 789-3841
Fax: (717) 789-4834 Business Office          Fax: (717) 789-5588 Personnel Office          Fax: (717) 789-4302 Maintenance Office

SERVING THE NEEDS OF THE YOUTH AND STAFF AT:

Loysville Youth Development Center          Loysville Secure Treatment Unit          North Central Secure Treatment Unit
South East Secure Treatment Unit          Weaversville Intensive Treatment Unit          Allentown Secure Treatment Unit
Danville Girls Secure Treatment Unit          Youth Forestry Camp No. 3          South Mountain Secure Treatment Unit

May 5, 1999

CLASS TITLE:  Youth Development Aide
SALARY:  $11.52 Hourly
EFFECTIVE DATE: May 3, 1999
PROBATIONARY PERIOD:  6 Months
SSN:  ████7356

Mr. Don G. Edwards

Danville, PA  17821

Dear Mr. Edwards:

I am pleased to inform you of your limited-term appointment, with probationary Civil Service status, with the Department of Public Welfare.  Your classification and effective date are shown above.

Under the provisions of Civil Service, a limited-term wage appointment may be terminated at any time at the discretion of the appointing authority.  The anticipated duration of this position is nine months.  However, your rights to certification and appointment to another regular position from an eligible list are not in any way impaired by your acceptance of this limited-term wage position.

The Youth Development Aide class to which you were appointed is in the AFSCME Local Union and in the N-1 bargaining unit for labor relations' purposes.

Welcome to the Department of Public Welfare.  May I take this opportunity to wish you success in your assignment at the Loysville Youth Development Center.

Cade000910

Mr. Don G. Edwards
    Page 2

                                          Sincerely,

                                          Virginia L Fabbri

                                          Virginia L. Fabbri
                                          Director of Personnel
                                          Loysville Complex
                                          for
                                          Feather O. Houstoun
                                          Secretary of Public Welfare

VLF:dad
cc:    Mr. Denlinger
       Mr. Mullen, AFSCME President
       Mr. Ranck, Local AFSCME Rep.
       SCSC
       File

Cade000911

## CONFIDENTIALITY STATEMENT

Information that is generally not available to the public, but which you have access to as a
Department employee, is not to be used for personal gain or for the gain of others. Divulging
confidential information relating to the Department, its employees, or people served by the
Department is not permitted without a release authorized by the Department.

**I agree to keep any information concerning the youths and staff of the Loysville
Complex confidential, and will limit the use of such information to treatment purposes
only.**

Don Edwards                          5-4-99
_____              _____
         Signature                            Date

Rev. 11/97

Cade000912