## Diagnostic Classification Center Acknowledgment of Inmate Orientation

Date: *[handwritten]*
Inmate Name: *Cr 2. Ann Parker*　　　　Inmate Number: *158357*

### Department Inmate Handbook

I acknowledge that I have received a Department of Corrections Inmate Handbook and an orientation as required by the **Diagnostic Center Manual 11.2.1 Section 2.**

Inmate Signature: *[signature]*

### Health Care Access

I acknowledge that I have been advised of the provisions for unimpeded access to health care and other medical services **(DC-ADM 820)** in accordance with the Department Inmate Handbook. I acknowledge receipt of the Department of Corrections A.I.D.S Information Pamphlet and an Orientation Session as it relates to my health care.

Inmate Signature: *[signature]*

### Separation Issues

Do you have a need for a separation from any named inmate(s) at SCI-Camp Hill, or at any other State Correctional facility? If the answer is yes, you will be expected to give your counselor the name(s) of the inmate(s) you are to be separated from and the reason for the separation.

　　　　　　　　YES　　　　　(CIRCLE ONE)　　　　NO

Inmate Signature: *[signature]*

### Visiting Privileges

I acknowledge that I have been advised of **Inmate Visiting Privileges (DC-ADM 812)** in accordance with the Department Inmate Handbook.

Inmate Signature: *[signature]*

### Telephone Calls

I acknowledge that I have been advised of the **Inmate Automated Telephone System (DC-ADM 818)** in accordance with the Department Inmate Handbook.

Inmate Signature: *[signature]*

### Sexual Abuse/Assault Prevention and Intervention

I acknowledge that I have received the orientation and training course on **Sexual Abuse/Assault Prevention and Intervention.**

Inmate Signature: *[signature]*

Staff Signature: *[signature]*

**Cade001146**

| DC-2A   DIAGNOSTIC - CLASSIFICATION REPORT RECEPTION CHECKLIST | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS | | | |
|---|---|---|---|---|

| DC Number | Name | Location | Received From | Date | Time |
|---|---|---|---|---|---|
| JS 8359 | PARKER, LAQUANN | CDCC | LAN. CO | 9/30/10 | |

## OBSERVATION AND COMMITMENT INFORMATION

|  | Yes | No |
|---|---|---|
| 1. Obvious pain, bleeding? | | |
| 2. Wearing medical tag? | | |
| 3. Skin in poor condition (wounds, rash, vermin, swelling)? | | |
| 4. Wearing prostheses (artificial limb)? | | |
| 5. Carrying medication? | | |
| 6. Signs of illness (eyes glassy, bloodshot, pupils dilated or constricted)? | | |
| 7. Signs of possible mental disturbance (confused, anxious, disoriented, fearful, exaggerated body movements - slow or rapid, rigidity, unusually tense or suspicious)? | | |
| 8. Signs of possible intoxication-alcohol or drugs (rapid, shallow breathing, staggering, dizziness, tremors, thick, slurred speech)? | | |
| 9. Signs of possible suicide (depression, fear, scars suggest suicide attempts, history of suicide attempts/threats, expressed intent)? | | |
| 10. Signs of assaultiveness (verbally abusive, uncooperative, threatening, history of violence)? | | |
| 11. Escape history, including attempts or threats? | | |
| 12. Separations necessary? | | |
| 13. Any other problems? | | |

Prev. DC#s

| Observation concerning the inmate during reception processing. | KEEP INMATE SEPARATED FROM |
|---|---|
| | No Separations |
| | Laquan Porter |

MEDICAL OFFICER: Perform medical screening. If not medically cleared, take appropriate action. If cleared for other housing, indicate restrictions by checking the appropriate spaces below and list any special observations to be made by officers.

Preliminary Medical Screening Remarks

Indicate recommended housing for initial placement following medical clearance:

| | Receiving Officer | Medical Officer | |
|---|---|---|---|
| General DCC | | | |
| Administrative Custody | | | Haddock |
| Ground Floor (medical recommendation) | N/A | | Signature - Receiving Officer |
| Close Observation (Behavior/Medical) | | | |
| Protective Custody | | N/A | Signature - Medical Officer |
| Self-Confine | | N/A | |

| If yes is answered to the following questions, make immediate referral as indicated: | | Special Observation Instructions: |
|---|---|---|
| **Questions Numbers** | **Who** | |
| 1 through 6 | Medical Department | |
| 7 through 10 | Psychiatrist/Psychologist | |
| 11 through 12 | Counselor/Ranking Officer | |
| 13 | Personnel Appropriate for Stated Problem | Immediate Referral to |

WHITE DC-15        CANARY Referral #1        PINK Referral #2        GOLDENROD Housing Unit

Rev. 06-07

Cade001147



**Pennsylvania Department of Corrections**
11/18/2010 11:10:07 AM          **DC-43 Integrated Correctional Plan**                    Production

Inmate Name: PARKER, LAQUANN JAMAR          Inmate Number: JS8359

Location: J-A-2048-02          Counselor: Avaritt

Annual Review Date: 9/2011

---

**General Expectations:**

| Expectation | Recommended | Comment |
|---|---|---|
| Act 85 ( $60.00 ) | 11/18/2010 | |
| COR | 11/18/2010 | |
| Maintain Medication Compliance | 11/18/2010 | |
| Maintain Personal Hygiene | 11/18/2010 | |
| Maintain positive work reports | 11/18/2010 | |
| Misconduct Free Behavior | 11/18/2010 | |
| Positive Housing Reports | 11/18/2010 | |
| Secure Forms of Identification | 11/18/2010 | |
| Vocational Education | 11/18/2010 | |

---

**Recommended Programs:**

| Program | Recommended | Recommended By | Refuses to Participate | Unsuitable for Placement |
|---|---|---|---|---|
| OutPatient | 11/18/2010 | Henry | No | No |
| Violence Prevention Moderate Intensity | 11/18/2010 | Henry | No | No |

---

**Currently Enrolled In:**

| Program | Facilitator | Start Date | End Date |
|---|---|---|---|

---

**Programs Previously Enrolled In:**

| Program | Evaluated By | Completion | Status |
|---|---|---|---|

---

I understand that completing the Correctional Program Plan may increase, but not guarantee, my chance of paroling on my minimum sentence. I also understand that if I have been sentenced to a recidivism risk reduction incentive sentence, completing my Correctional Program Plan is one of many conditions for receiving a reduction of my minimum sentence.

_____          _____
Counselor's Signature/Date          Inmate's Signature/Date

Page 1 of 1

Cade001148



# DCC Psychological Assessment Report

Name: PARKER, Laquann                    Inmate#: JS8359                    Closed on: 10/21/2010 4:

**Mental Health Stability Rating:**   C  -  Inmate is currently receiving Mental Health treatment and reports a history of treatment. Please see psychiatric information in the medical chart.

**Psychiatric/Mental Health History :**   Inmate has a mental health history and requires mental health services and is followed by the Psychiatric Review Team (PRT).

**Suicide Potential :**   Denies suicidal behaviors. None known at this time.

**Evaluation Material :**

| | |
|---|---|
| 10/15/2010 | Clinical Interview |
| 10/15/2010 | DCC PA Clinical Risk Assessment (Attached) |
| 10/15/2010 | Personality Assessment Inventory (PAI)- Narrative Attached |
| | PSI not available at this time |

| | | |
|---|---|---|
| **TABE Reading (grade level):** | | 3.6 |
| **WRAT3 Score:** | | 4 |
| **BETA III Examination:** | IQ Score: | 86 |
| | Intellectual Rating: | Low Average |

## Institutional Risks

**Suicide Behavior Risk :**   Not Identified
**Violence Behavior Risk :**   Identified
**Based Upon :**
    Current Offense
    DCC P-CRA Risk Factors

**Predatory Behavior Risk :**   Identified
**Based Upon :**
    Current Offense
    DCC P-CRA Risk Factors

**Risk of Victimization :**   Identified
**Based Upon :**
    First Incarceration

**First Incarceration :**   Yes
**Support Systems :**   Yes
**Based Upon :**
    Clinical Interview

**Comments :**
Mr. Parker mentioned that he has a history of using marijuana, and that he last used two months ago. He indicated that he never participated in any substance abuse treatment programs.

Mr. Parker reported that he has been participating in mental health treatment since he was about five years old. He stated that he has been diagnosed with Bipolar Disorder, Anxiety Disorder, and ADHD, and that he has been treated with Adderall, Seroquel, Paxil, and Vistaril. He also mentioned that he has a history of hearing the voice of his deceased friend telling him "positive things" about once a month. He indicated that he last experienced these hallucinations one week ago. He denied current stress, anxiety, and depression, as well as past or current suicidal ideations.

Mr. Parker was evaluated by the psychiatrist at SCI Camp Hill shortly after reception. The diagnostic impressions offered at that time were Depression NOS and Anxiety Disorder NOS, with rule-out diagnoses of Mood Disorder and Antisocial Personality Disorder. The GAF was assessed at 50-55. He was prescribed Paxil and Vistaril.

Mr. Parker completed the PAI twice; however, the results from both attempts were invalid.

The contents of this report are confidential and the information contained in it shall not be reviewed by or shared with persons who are not members of the treatment team

Cade001149

Name: PARKER, Laquann          Inmate#: JS8359          Closed on: 10/21/2010 4:17:54 PM

## Treatment Considerations

**Institutional :**    Mental Health Treatment

## DCC P-CRA

**Risk Factors :**

**Direct Factors for violent re-offense**

　　Current Violent Offender

　　Use of Firearm in any offense

　　Multiple victims

**Contributory Factors for violent re-offense**

　　Age less than 30 years old.

　　History of impulsivity.

　　School maladjustment (special education, LD, ADHD, MR, truancy, expulsion).

　　Family factors that include criminality and psychological problems.

**General Criminogenic Factors for overall re-offense**

　　History of Drug and Alcohol abuse and dependency.

　　Denial, lack of remorse, poor insight.

　　Unstable employment history.

**Summary :**
Mr. Parker reported a history of mental health treatment. He is currently being maintained on psychotropic medications, and he reports that they are effective. He will be followed by both psychology and psychiatry as therapeutically necessary.

VPI, NIM Raw, PIM Raw, ANT Raw, AGG Raw: Could not be determined, since the PAI results were invalid.

**Psychological Services Specialist :**    Auman, Crystal M.

**Licensed Psychologist Manager :**    Wolfgang, Sandra Blystone
**License Number :**    PS004760-L

**Date :**    10/21/2010 4:17:54
**Location:  CAMP HILL**

Wolfgang, Sandra Blystone

The contents of this report are confidential and the information contained in it shall not be reviewed by or shared with persons who are not members of the treatment team
Version : 1.0

**Cade001150**



# Beta III

C. E. Kellogg
and N. W. Morton

# Response Booklet

C A

|  | Year | Month | Day |
|---|---|---|---|
| Date Tested | 2010 | 10 | 5 |
| Date of Birth | 1989 | 9 | 6 |
| Age | 2010 | 10 | 21 |
|  | 21 | | |

*Do not open this booklet until you are told to do so.*

Name  LeQuann Parker        JS 8359

## Examination Summary

|  | Raw Score | Scaled Score |
|---|---|---|
| Test 1 | 58 | 7 |
| Test 2 | 13 | 7 |
| Test 3 | 39 | 9 |
| Test 4 | 21 | 9 |
| Test 5 | 16 | 8 |
| Sum of Scaled Scores | | 40 |
| Beta IQ | | 80 |
| Percentile | | 3.6 |

3.6

ΨΨ

S = C



THE PSYCHOLOGICAL CORPORATION®

A Harcourt Assessment Company

Copyright © 1999 by The Psychological Corporation
Normative data copyright © 1999 by The Psychological Corporation
All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher. *The Psychological Corporation* and the *PSI* logo are registered trademarks of The Psychological Corporation. Portions of this work were published in previous editions. Printed in the United States of America

13464 C

Cade001151

## Test 1 – Practice Problems

| □ | ○ | ┘ | ∧ | + | △ |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |

| + | □ | ○ | + | ○ | □ | ○ | □ |
|---|---|---|---|---|---|---|---|
| 5 | 1 | 2 | 5 | 2 | 1 | 2 | 1 |

| ┘ | ∧ | + | ∧ | □ | △ | ○ | ∧ |
|---|---|---|---|---|---|---|---|
| 3 | 4 | 5 | 4 | 1 | 4 | 2 | 4 |

| ┘ | △ | ┘ | ∧ | △ | ┘ | △ | + |
|---|---|---|---|---|---|---|---|
| 3 | 6 | 3 | 4 | 6 | 3 | 6 | 5 |

STOP

## Test 1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| = | ∪ | × | ⌓ | — | И | < | ⊓ | ⊥ |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| — | × | = | ⌓ | ∪ | — | = | ⌓ | × | ∪ | — | = | ⌓ | × | — | ∪ | ⌓ | × | = | ∪ |
| 5 | 3 | 1 | 4 | 2 | 5 | 1 | 4 | 3 | 2 | 5 | 1 | 4 | 3 | 5 | 2 | 4 | 3 | 1 | 2 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| < | ∪ | — | И | ⊓ | < | ⌓ | × | И | ⌓ | ⊥ | < | И | = | ⊥ | ⊓ | ∪ | ⊥ | × | ⊓ |
| 7 | 2 | 5 | 6 | 8 | 7 | 4 | 3 | 6 | 4 | 9 | 7 | 6 | 1 | 9 | 8 | 2 | 9 | 3 | 8 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊓ | ⌓ | И | < | ⊥ | ⊓ | И | = | ⊥ | < | — | ⊥ | ⊓ | ∪ | < | И | — | ⊓ | < | × |
| 8 | 4 | 6 | 7 | 9 | 8 | 6 | 1 | 9 | 7 | 5 | 9 | 8 | 2 | 7 | 6 | 5 | 8 | | |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊥ | — | ∪ | И | < | × | = | — | × | < | ⊥ | ∪ | ⊓ | ⌓ | И | ⊥ | = | И | ⌓ | ⊓ |
| | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| — | × | ⊥ | = | И | < | ∪ | ⊓ | ⌓ | = | ⊓ | ⊥ | × | < | — | ⌓ | ⊓ | ∪ | И | × |
| | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⌓ | = | — | ∪ | ⊥ | — | = | < | × | ⊓ | ⌓ | И | ∪ | < | ⊥ | × | И | ⌓ | И | ⊓ |
| | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| < | = | — | ⊓ | ∪ | ⊓ | < | ⌓ | ⊥ | ∪ | И | × | И | ⌓ | = | < | ⊥ | ∪ | — | × |
| | | | | | | | | | | | | | | | | | | | |

**STOP**

Test 2 – Practice Problems

A.



Answer

B.



Answer



STOP

C.



D.





STOP

5

Cade001154

Test 2



Continue

Cade001155

# Test 2 (continued)



9.

10.

11.

12.

13.

14.

15.

16.

Continue

Cade001156

Test 2 (continued)





8

# Test 3 – Practice Problems



A.

B.

C.        2        5

D.



STOP



E.

F.

G.

H.



I.

J.

K.        650        650

L.        658049        658049



STOP

9

Cade001158

## Test 3





Cade001159

Continue

| 24. | 1076718 | 1076918 | = | ≠ |
|---|---|---|---|---|
| 25. | 59021354 | 59021534 | = | ≠ |
| 26. | 388172902 | 381872902 | = | ≠ |
| 27. | 631027594 | 631027594 | = | ≠ |
| 28. | 2499901354 | 2499901534 | = | ≠ |
| 29. | 2261059310 | 2261659310 | = | ≠ |
| 30. | 2911038227 | 2911038227 | = | ≠ |
| 31. | 313377752 | 313377752 | = | ≠ |
| 32. | 1012938567 | 1012938567 | = | ≠ |
| 33. | 7166220988 | 7162220988 | = | ≠ |
| 34. | 3177628449 | 3177628449 | = | ≠ |
| 35. | 468672663 | 468672663 | = | ≠ |
| 36. | 9104529003 | 9194529003 | = | ≠ |
| 37. | 3484657120 | 3484657210 | = | ≠ |
| 38. | 8588172556 | 8581722556 | = | ≠ |
| 39. | 3120166671 | 3120166671 | = | ≠ |

| 40. | 7611348879 | 7611345879 | = | ≠ |
|---|---|---|---|---|
| 41. | 26557239164 | 26557239164 | = | ≠ |
| 42. | 8819002341 | 8819062341 | = | ≠ |
| 43. | 4829919419 | 4829919491 | = | ≠ |
| 44. | 6571018034 | 6571018034 | = | ≠ |
| 45. | 38779762514 | 38779762514 | = | ≠ |
| 46. | 39008126557 | 39008126657 | = | ≠ |
| 47. | 02946856972 | 02946856972 | = | ≠ |
| 48. | 67344782976 | 67344782796 | = | ≠ |
| 49. | 8681941614 | 8681941614 | = | ≠ |
| 50. | 1793024649 | 1793024649 | = | ≠ |
| 51. | 7989976801 | 7989967801 | = | ≠ |
| 52. | 60347526701 | 60374526701 | = | ≠ |
| 53. | 75658100398 | 75658100398 | = | ≠ |
| 54. | 15963069188 | 15960369188 | = | ≠ |
| 55. | 41181900726 | 41181900726 | = | ≠ |

STOP

Cade001160

## Test 4 – Practice Problems



Answer

Answer

Answer

STOP



STOP

Cade001161

13

Test 4



Cade001162

Continue

Test 4 (continued)

7.

10.

8.

11.

9.

12.



Continue

Cade001163

# Test 4 (continued)



Continue



19.

22.

20.

23.

21.

24.

11 12 1
10 2
9 3
8 4
7 6 5

STOP

**Test 5 – Practice Problems**



A.

B.

STOP

C.

D.

STOP

Cade001166

Test 5



Cade001167

**Test 5 (continued)**



Continue

Cade001168

**Test 5 (continued)**



Continue

Cade001169

Test 5 (continued)

16.



17.



18.



19.



20.



Continue

23

Cade001170

**Test 5 (continued)**



Cade001171

STO

# WRAT3

## WIDE RANGE ACHIEVEMENT TEST □ REVISION 3

NAME _Porter    JS8359_ _____ GENDER:□M □F

DATE _____ BIRTH DATE _____ AGE _21_

SCHOOL _____ GRADE _____

REFERRED BY _____ EXAMINER _____

### BLUE TEST SCORES

|  | Raw Score | Std Score | %ile Score | Grade Score | Absolute Score |
|---|---|---|---|---|---|
| READING | 83 |  | 4.0 |  |  |
| SPELLING |  |  |  |  |  |
| ARITHMETIC |  |  |  |  |  |

*Use only standard scores for comparisons*

## SPELLING/A MEASURE OF WRITTEN ENCODING

by Gary S. Wilkinson

NAME _____ (1&2)

| (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1._____    16._____    31._____

2._____    17._____    32._____

3._____    18._____    33._____

4._____    19._____    34._____

5._____    20._____    35._____

6._____    21._____    36._____

7._____    22._____    37._____

8._____    23._____    38._____

9._____    24._____    39._____

10._____    25._____    40._____

11._____    26._____

### 5/10 RULES

| Name/Letter Writing | |
|---|---|
| Word Spelling + | |
| Total Spelling | |

12._____    27._____

13._____    28._____

14._____    29._____

15._____    30._____

COPYRIGHT © 1993 by Jastak Associates. A DIVISION OF WIDE RANGE, INC. All rights reserved. Printed in U.S.A. 1937, 1946, 1965, 1976, 1978, 1984, 1993

Published by Psychological Assessment Resources, Inc. (PAR)
16204 N. Florida Avenue, Lutz, FL 33549 • 1.800.331.8378 • www.parinc.com    Reorder # RO-5619    9 8 7 6 5

Cade001172

WIDE RANGE

Photocopying of this test is a violation of copyright law    Printed in the U.S.A.

# WRAT 3 ARITHMETIC / A MEASURE OF NUMBER COMPUTATIONS



| | | | |
|---|---|---|---|
| 3 Fingers | 8 Fingers | 9 or 6? | 42 or 28? |
| 3 pennies, spend 1? | 3 + 4 apples? | 9 marbles, lose 3? | (15) |

---

*REDUCE ALL ANSWERS TO LOWEST TERMS*

| 1 + 1 = _____ | $\begin{array}{r} 5 \\ -1 \\ \hline \end{array}$ | 2 + 7 = _____ | 8 - 4 = _____ | $\begin{array}{r} 32 \\ 24 \\ +40 \\ \hline \end{array}$ |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

| $\begin{array}{r} 9 \\ +3 \\ \hline \end{array}$ | $\begin{array}{r} 36 \\ -15 \\ \hline \end{array}$ | 3 x 4 = _____ | $\begin{array}{r} 68 \\ +23 \\ \hline \end{array}$ | $\begin{array}{r} 7 \\ \times 6 \\ \hline \end{array}$ |
|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 10 |

| $\begin{array}{r} 23 \\ \times 3 \\ \hline \end{array}$ | $\begin{array}{r} 33 \\ -17 \\ \hline \end{array}$ | 6 ÷ 2 = _____ | $4\overline{)16}$ | $\begin{array}{r} 17 \\ \times 4 \\ \hline \end{array}$ |
|---|---|---|---|---|
| 11 | 12 | 13 | 14 | 15 |

| $\begin{array}{r} 724 \\ -597 \\ \hline \end{array}$ | $\begin{array}{r} 229 \\ 5048 \\ 63 \\ +1381 \\ \hline \end{array}$ | $\dfrac{15}{5}$ = _____ | $9\overline{)4527}$ | $\dfrac{1}{3} + \dfrac{1}{3}$ = _____ |
|---|---|---|---|---|
| 16 | 17 | 18 | 19 | 20 |

| $2\dfrac{1}{2} + 1\dfrac{1}{2}$ = _____ | $\begin{array}{r} 823 \\ \times 96 \\ \hline \end{array}$ | .42 = _____ % | $\dfrac{1}{4} \times \dfrac{1}{2}$ = _____ | $\begin{array}{r} 38 \\ \times 2.4 \\ \hline \end{array}$ |
|---|---|---|---|---|
| 21 | 22 | 23 | 24 | 25 |

Cade001173

Photocopying of this test is a violation of copyright law.

# WRAT 3 ARITHMETIC/A MEASURE OF NUMBER COMPUTATIONS

$\dfrac{3}{10} \div \dfrac{3}{4} =$

Ans: _____

26

$\begin{array}{r} 6\frac{1}{4} \\ 1\frac{5}{8} \\ + 4\frac{1}{2} \\ \hline \end{array}$

27

$\dfrac{2}{5}$ of 35 = _____

28

$27\overline{)384}$

29

$\begin{array}{r} 6.23 \\ \times\ 12.7 \\ \hline \end{array}$

30

---

$2 - \underline{\quad} = \dfrac{1}{4}$

31

$\begin{array}{r} 10\frac{1}{4} \\ -7\frac{2}{3} \\ \hline \end{array}$

32

Add:

$\begin{array}{r} - X - Y - 23 \\ X - Y + 22 \\ \hline \end{array}$

33

15% of 175 =

Ans: _____

34

Write as common fraction in lowest terms:

.075 = _____

35

---

$\dfrac{r^2 - 5r - 6}{r + 1}$

Ans: _____

36

$3p - q = 10$
$2p - q = 7$
$p = \underline{\quad}$   $q = \underline{\quad}$

37

Reduce:

$\dfrac{K^2 + K}{K^2} \cdot \dfrac{3K - 3}{K^2 - 1}$

Ans: _____

38    39

$f(x) = 3x^2 + x - 7$
Find $f(-2)$

Ans: _____

40

---

**5 RULE / 15 MINUTES**

Oral Arithmetic [      ]  +  Written Arithmetic [      ]  =  Total Arithmetic [      ]



Photocopying of this test is a violation of copyright law.

# WRAT 3 READING/A MEASURE OF WRITTEN DECODING

## CAUTION: EXAMINER USE ONLY!

# A B O S E   R T H U P   I V Z J Q   (15)

| 1 **in** | 2 **cat** | 3 **book** | 4 **tree** |
| in | kat | buuk | tree |
| 5 **how** | 6 **animal** | 7 **even** | 8 **spell** |
| how | an-ĭ-măl | ee-vĕn | spel |
| 9 **finger** | 10 **size** | 11 **felt** | 12 **split** |
| fing-gĕr | sīz | felt | split |
| 13 **lame** | 14 **stretch** | 15 **bulk** | 16 **abuse** |
| laym | strech | bulk | ă-byoos, -byooz |
| 17 **contemporary** | 18 **collapse** | 19 **contagious** | 20 **triumph** |
| kŏn-tem-pō-rer-ee | kō-laps | kon-tay-jŭs | trī-umf |
| 21 **alcove** | 22 **bibliography** | 23 **horizon** | 24 **municipal** |
| al-kohv | bib-li-og-rǎ-fee | hō-rī-zŏn | myoo-nis-ĭ-pal |
| 25 **unanimous** | 26 **benign** | 27 **discretionary** | 28 **stratagem** |
| yoo-nan-ĭ-mŭs | bi-nīn | di-skresh-ŏ-ner-ee | strat-ă-jem |
| 29 **seismograph** | 30 **heresy** | 31 **itinerary** | 32 **usurp** |
| sīz-mō-graf | her-ĕ-see | ī-tin-ĕ-rer-ee | yoo-surp, -zurp |
| 33 **irascible** | 34 **pseudonym** | 35 **oligarchy** | 36 **covetousness** |
| i-ras-ĭ-bel | soo-dō-nim | ol-ĭ-gahr-kee | kuv-ĕ-tŭs-nes |
| 37 **heinous** | 38 **egregious** | 39 **omniscient** | |
| hay-nŭs | i-gree-jŭs | om-nish-ent | |
| 40 **assuage** | 41 **disingenuous** | 42 **terpsichorean** | |
| ă-swayj | dis-in-jen-yoo-ŭs | turp-sĭ-kō-ree-ăn | |

| | |
|---|---|
| Letter Reading | 15 |
| Word Reading + | 18 |
| Total Reading | 33 |

**5/10 RULES**

**OBSERVATIONS/REMARKS:**

**WIDE RANGE**

COPYRIGHT © 1993 by Jastak Associates. A DIVISION OF WIDE RANGE, INC.
All rights reserved. Printed in U.S.A. 1937, 1946, 1965, 1976, 1978, 1984, 1993

Page 4

Reorder # RO-5619

Photocopying of this test is a violation of law.
Published by Psychological Assessment Resources, Inc. (PAR)
16204 N. Florida Avenue, Lutz, FL 33549 • 1.800.331.8378 • www.parinc.com

Cade001175

## INITIAL RECEPTION MENTAL HEALTH QUESTIONNAIRE

Date 10/15/10    Arrival Date 9/30/10    Received From Lancaster

Custody Level: 3    Smoker YES (NO)    Current Offense PWID

Sentence 9, 18    Minimum Sentence ___    Maximum Sentence ___

Parole Violator? YES (NO)    If yes, how long on street? ___

Separations? YES (NO)    Verified? YES  NO    Who? ___

Security Concerns? YES (NO)    What? ___

### PSYCHIATRIC / MEDICAL HISTORY

Have you ever tried to hurt or kill yourself?    YES  (NO)    Dates: ___

Have you, at any time in your life, been seen by a psychiatrist?    (YES)  NO    Dates 5/4 + 6 y.c. - p went

Have you ever been a patient in a psychiatric hospital?    YES  (NO)    Date ___

Why? ___    Where? ___

Have you ever, or are you now taking any psychotropic or mental health medications:    (YES)  NO

What are they?  Paxil, Vistaril

If you are a parole violator, did you receive mental health services while on the street?    YES  NO

If yes, what? ___

Other Mental Health Treatment: ___

### SUBSTANCE ABUSE HISTORY AND TREATMENT

Last time drugs and/or alcohol were used: 2 mo - TNC

Have you ever received treatment for substance abuse?    YES  (NO)

If yes, when? ___    Where? ___

### EDUCATION HISTORY

High School Graduate/GED?    (YES)  NO    Year 2010    Last Grade Completed: 11

Were you receiving special education services?    YES  (NO)

### JOB PLACEMENT

Previous Jobs: McD's 4 mo; McD's - 2 mo; None p/to 7

Job Training/Work Skills Programs: ___    Completed: YES  NO

Prison Job/Training Interest: barber course

### SEXUAL ABUSE HISTORY

Have you ever been sexually assaulted during a period of incarceration?    YES  (NO)

Do you have concerns that you may be pressured into unwanted sexual activity while incarcerated?    YES  (NO)

Have you ever been accused of sexually inappropriate behavior during a period of incarceration?    YES  (NO)

While on the street?    YES  (NO)    Arrested?    YES  (NO)    Convicted?    YES  (NO)

### VIOLENCE POTENTIAL

Prior assault convictions: NO

Prior assault misconducts: NO

What situations make you feel like being violent?  "disrespect", self defense

C. Numan    PSS
_____    _____
Signature    Title

Commonwealth of Pennsylvania
Department of Corrections
Initial Reception Mental Health
Questionnaire
DC-560A

13.8.1  Access to Mental Health Care Procedures Manual

Inmate Name: Parker, Laquann

Inmate Number: J58359

DOB: 9/16/89

Facility: SCIC

Cade001176

Attachment 1-H

Inmate Name: Porter, Laquann

PV: ☐

DOC#: JJ8359

Initial: ☐

Date: 10/5/10

Staff Initials: CND

## Batterer's Quick Screening Instrument

1. Have you ever been convicted of a charge against a victim who is an intimate partner or former intimate partner?  Yes ☐ No ☑

2. *Are you currently serving time for any crime against an intimate partner or former intimate partner including:
   a) harassment          Yes ☐ No ☐
   b) simple assault       Yes ☐ No ☐
   c) aggravated assault   Yes ☐ No ☐
   d) murder              Yes ☐ No ☐
   e) kidnapping          Yes ☐ No ☐
   f) sexual assault       Yes ☐ No ☐
   g) simple assault       Yes ☐ No ☐
   h) stalking            Yes ☐ No ☐

   If yes, please list the charge(s) and victim(s).

   _____

   _____

3. Have you ever had a Protection From Abuse (PFA) Order placed against you? Yes ☑ No ☐
   If yes, by whom?
   PFA# Alyssa Maldonado - dropped

   If yes, did you violate the PFA? How many times?
   N/O

4. Have you ever has a Restraining Order placed against you?   Yes ☐ No ☑
   If yes, by whom?

   _____

   If yes, did you violate the Restraining Order? How many times?

   _____

5. Have the police ever been called to your home because of a violent incident/argument with your wife, paramour, girlfriend, or intimate partner?   Yes ☐ No ☑
   If yes, please explain the circumstances.

   _____

   _____

6. Have you ever been court mandated or recommended to attend Domestic Violence or Batterer's treatment programs?   Yes ☐ No ☑

7. Have you ever had your parole or probation violated due to an incident involving a current intimate partner, former intimate partner, girlfriend, paramour or spouse? Yes ☐   No ☐

*Any "Yes" answer in Question 2 will result in referral      **Cade001177**

PARKER, LAQUANN

*CA*

JS8359

CDCC INDIVIDUAL TREATMENT PLAN
CONFIDENTIAL TO BE PLACED
IN PSYCHIATRIC FILE MEDICAL RECORDS

NUMBER: _____ DATE: 9 11

| CURRENT DIAGNOSIS: | | | GBMI | YES___ | NO___ |
|---|---|---|---|---|---|

| PSYCH MEDS: Z | | | | | |

| PSYCHIATRIC HISTORY | | | | | |

| HOSPITALIZATION: | | | | | |

| SUICIDAL: | | | | | |

| RECOMMENDED TREATMENT SERVICES | | | | | |

| SEX OFF. | | | D. ABUSE | | |
| COUNSEL. | | | OTHER: | | |
| ALC. ABUSE | | | | | |

| PREV. RESP. THERAPY | PRT: | | NEXT PSYCH. CONTACT: | | |
| | N/A | | | | |
| SAT | DISCON. | | NAME | | |
| UNS | CONTINUE | | DATE | | |

| | | RECOMMENDED EDUC. | REC. | INST. | PLACEMENT |
|---|---|---|---|---|---|
| ICD-9 | R/O 290.9 301.7 | 311.X 300.0 | SPEC. ED | | GP |
| GAF | 55 | | ESL | | Z |
| IQ | 8C | | G.E.D. | | O |
| ABE | | | POST HS | | SNU |

| COMMENTS: | | | | | |

1) – ZOLF
2) 
3) 

PSYCHOLOGIST _____        PSYCHIATRIST _____

INMATE SIGNATURE: _____

White Copy: Medical Records    Green Copy: Psychology    Canary Copy: Clinical Coordinator for Mental Health    Pink Copy: Psychiatry

SCI-CH/MED/PS:0080/040610/2000

**Cade001178**

MENTAL HEALTH INITIAL INTERVIEW FORM

DATE: 10/5/10   BLOCK: B

NAME: LaQuann Parker   DOC #: 158359   DOB: B   AGE: 21   RACE: W Ⓑ Ⓗ O

RECEPTION DATE: CDCC_____ GRA/PIT:_____ COUNTY JAIL: Lancaster   MISCONDUCTS ANYWHERE ? N/A

EDUCATION: Diploma   MARITAL STATUS: S  M  LEGAL/ CL  D  W   CHILDREN: 2

VISITS EXPECTED? (YES) /NO /MAYBE   ANY FAMILY MEMBERS: Mom, Grandmom, Brother, Girlfriend   OTHERS:

ARE IMMEDIATE FAMILY MEMBERS CURRENTLY IN TROUBLE WITH THE LAW ? YES / IF SO, WHOM: NO

ARE IMMEDIATE FAMILY MEMBERS CURRENTLY IN JAIL/PRISON ? YES/NO/IF SO, WHOM: No

IF AND WHEN YOU LEAVE PRISON, WILL YOU BE LIVING WITH ANY OF YOUR IMMEDIATE FAMILY MEMBERS? (YES)/NO IF YES, WHOM: Mom

RESIDENCE: mom   COUNTY OF ARREST: Lancaster   GANG MEMBERSHIP: N/A

CHARGES: 2x Robbery drug charges and burglary
        ↳ people - gun.

PLEA:_____ TIME:_____   FIRST STATE : (YES)/ NO_____

JUVENILE ARREST/CONVICTIONS: (A)_____ (C) 4 as drug   PLACEMENTS:

ADULT ARREST/CONVICTIONS: (A)_____ (C)_____   JAIL TIME:

DETAINERS:_____ ESCAPE_____   SEXUAL PROBLEMS:

PSYCHIATRIC HISTORY: N/H - friends voices saying bad things - bout wk hosd
4 - Cup -     NoMH.

SUICIDE: seroquel, adderall, dx- bip d/o, ADHD, anxiety

MEDICAL: dad-bip   No NKDA   DRUG AND ALCOHOL: TNC - weekly

EMPLOYMENT HISTORY: Wo II

MILITARY HISTORY:

PLANS:

COMMENTS: INTERVIEW BEHAVIOR/IMPRESSIONS/RAPPORT/ETC: VOP = No
                                    55
                                    NonBude

Cade001179